United States District Court
Northern District of Texas

Supplemental Civil Cover Sheet For Cases Removed
From State Court

1. **State Court Information:**

| Court | Case Number |
|---|---|
| 141st District Court<br>Tarrant County, Texas | 141-305850-19 |

2. **Style of the Case:**

| Party and Party Type | Attorney(s) |
|---|---|
| Lisa Biron<br><br>Plaintiff | n/a (pro se) |
| Federal Medical Center ("FMC") Carswell Warden Jody Upton<br><br>Defendant | Brian W. Stoltz<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:  214-659-8626<br>Facsimile:   214-659-8807<br>brian.stoltz@usdoj.gov |
| FMC Carswell Psychologist Leticia A. Armstrong<br><br>Defendant | Brian W. Stoltz (see above) |
| FMC Carswell Psychologist E. Dixon<br><br>Defendant | Brian W. Stoltz (see above) |

3. **Jury Demand:**  Was a Jury Demand made in State Court?  Yes.

4. **Answer:**  Was an Answer made in State Court?  No.

**Supplemental Civil Cover Sheet**
**Page 2**

5. **Unserved Parties:**

   n/a — Kacie Inman, an attorney with the Federal Bureau of Prisons, accepted service of the state-court citation and a copy of the complaint for each of Upton, Armstrong, and Dixon.

6. **Nonsuited, Dismissed or Terminated Parties:** n/a

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff Lisa Biron | alleged violation of rights by prison officials |