# INDEX OF STATE COURT RECORDS

|    | Document | Filing Date |
|----|----------|-------------|
| 1. | Docket Sheet | n/a |
| 2. | Civil Complaint for Damages and and Injunctive Relief | 1/31/2019 |
| 3. | Cover Letter | 1/31/2019 |
| 4. | Cover Letter re Affidavit of Inability to Pay | 2/25/2019 |
| 5. | Affidavit of Inability to Pay | 2/25/2019 |
| 6. | Service Request Form | 2/25/2019 |
| 7. | Service Request Form | 2/25/2019 |
| 8. | Letter from Court Clerk | 2/27/2019 (letter date) |
| 9. | Officer's Return (Erin Nealy Cox) | 3/29/2019 |
| 10. | Officer's Return (Leticia A Armstrong) | 4/1/2019 |
| 11. | Officer's Return (E. Dixon) | 4/1/2019 |
| 12. | Officer's Return (Warden Jody Upton) | 4/1/2019 |

\* Biron's date of birth appears in unredacted form in the affidavit of inability to pay in the state-court record, but in an abundance of caution has been redacted in the document provided herein.  The original unredacted version remains available on the state-court docket, and can be provided by defendants to this Court if necessary.