

# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

Civil - Case and Transaction Information                                   4/19/19 9:04 AM

| Cause Number: | 141-305850-19 | | Date Filed: 01-31-2019 |
|---|---|---|---|
| | LISA BIRON | \| VS \| | FEDERAL MEDICAL CENTER ("FMC"), ET AL |

Cause of Action:          OTHER CIVIL, OTHER
Case Status:              PENDING

| File Mark | Description | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|
| 01-31-2019 | CIVIL COMPLAINT FOR DAMAGES & INJ/DECLARATORY RLF | N I | 289.00 | |
| 01-31-2019 | COVER LTR | I | | 0.00 |
| 02-25-2019 | PLTF'S CVR LTR RE; AFFDT INABILITY TO PAY/CITS REQ | I | | 0.00 |
| 02-25-2019 | PAUPERS AFFDT OF INABILITY TO PAY COSTS | I | | 0.00 |
| 02-25-2019 | SVC REQ FORM (NO COPIES PD) | I | | 0.00 |
| 02-25-2019 | SVC REQ FORM (NO COPIES PD) | I | | 0.00 |
| 02-28-2019 | CIT W/SVC-ISSUED ON WARDEN JODY UPTON-On 03/20/2019 | N  Svc | 83.00 | |
| 02-28-2019 | CIT W/SVC-ISSUED ON LETICIA A ARMSTRONG-On 03/20/2019 | N  Svc | 83.00 | |
| 02-28-2019 | CIT W/SVC-ISSUED ON E DIXON-On 03/20/2019 | N  Svc | 83.00 | |
| 02-28-2019 | CIT Cert Mail-ISSUED ON ERIN NEALY COX-On 03/20/2019 | N  Svc | 83.00 | |
| 03-04-2019 | INMATE LTR TO PRO SE REQ COPIES OR PAYMENT | I | | 0.00 |
| 03-28-2019 | CIT Cert Mail Tr# 10 RET EXEC(ERIN NEALY COX) On 0 3/26/2019 | I | | 0.00 |
| 04-01-2019 | Adjustment for service fee from # 8 | N A | 0.00 | |
| 04-01-2019 | CIT W/SVC Tr# 8 RET EXEC(LETICIA A ARMSTRONG) On 0 3/28/2019 | I | | 0.00 |
| 04-01-2019 | Adjustment for service fee from # 9 | N A | 0.00 | |
| 04-01-2019 | CIT W/SVC Tr# 9 RET EXEC(E DIXON) On 03/28/2019 | I | | 0.00 |
| | Adjustment for service fee from # 7 | | 0.00 | |

| | | | |
|---|---|---|---|
| 04-01-2019 | | N A | |
| 04-01-2019 | CIT W/SVC Tr# 7 RET EXEC(WARDEN JODY UPTON) On 03/28/2019 | I | 0.00 |

**District Clerk's Office**

Tom Vandergriff Civil Courts Building

100 N. Calhoun St., 2nd Floor, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster