141   305850   19

Lisa A. Biron
Reg. # 12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Thomas A. Wilder, Clerk            January 23, 2019
Tarrant County District Court
48th District
100 N. Calhoun Street
Fort Worth, TX 76196

FILED TARRANT COUNTY 2019 JAN 31 P 12:24 THOMAS A. WILDER DISTRICT CLERK

Dear Mr. Wilder:

I have enclosed, for filing with the Court, a Complaint to begin a civil lawsuit in your Court.

Please forward any forms that I am required to fill out in order to proceed in forma pauperis as I am an indigent federal inmate with no assets or present ability to pay any filing fee.

I understand that the Citation is a Court issued document, but I have forwarded a copy of the Complaint to the United States Attorney, Erin Nealy Cox, via U.S. Certified Mail. She represents the Defendants and has a duty to mitigate the costs of formal service. Therefore, no personal service on the Defendants should be necessary.

Thank you for your prompt attention to this matter.

Sincerely,

*Lisa Biron*

Lisa Biron

Cc: Erin Nealy Cox, United States Attorney, N.D. Tex.