**Lisa A. Biron**
Reg. # 12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Lisa Letbetter, Deputy District Clerk                February 18, 2019
Tarrant County District Court
100 N. Calhoun Street
Fort Worth, Texas 76196-0402

Re: Biron v. Upton, et al, no. 141-305850-19

Dear Ms. Letbetter:

I have enclosed my Statement of Inability to Afford Payment of Court Costs, and hope to be allowed to proceed in forma pauperis.

In addition, since I have not received any acknowledgement of this filing from the United States Attorney, I have enclosed the forms to obtain service on the defendants.

Please advise if there is more I need to do as far as service and waiver of court and service fees.

Thank you for your attention to this matter.

Sincerely,

*Lisa Biron*

Lisa Biron


Cc: United States Attorney Erin Nealy Cox (w/o enclosures)