**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: **141  305850  19**

*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: Lisa A. Biron
*(Print first and last name of the person filing the lawsuit.)*

FMC Carswell Warden Jody Upton;
Defendant: L. Armstrong & E. Dixon
*(Print first and last name of the person being sued.)*

In the
48th **☒** District Court
*Court* ☐ County Court / County Court at Law
*Number* ☐ Justice Court

Tarrant          Texas
*County*

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: Lisa          Ann          Biron          My date of birth is: ▮
          *First*          *Middle*          *Last*          *Month/Day/Year*

My address is: *(Home)* Federal Correctional Institution
          *(Mailing)* P.O. Box 1731, Waseca, MN 56093

My phone number: N/A          My email: N/A

About my **dependents:** *The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 N/A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☒ I do not receive needs-based public benefits. **- or -**

☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*
☐ Food stamps/SNAP          ☐ TANF   ☐ Medicaid          ☐ CHIP   ☐ SSI   ☐ WIC   ☐ AABD
☐ Public Housing or Section 8 Housing   ☐ Low-Income Energy Assistance  ☐ Emergency Assistance
☐ Telephone Lifeline          ☐ Community Care via DADS          ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☒ Other: I am an indigent Federal inmate who has been incarcerated since 11/2012

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ _15.00_ in monthly wages. I work as an _Orderly @ .12/hour_ for _the FBOP_ .
                                         Your job title                    Your employer

$_____ in monthly unemployment. I have been unemployed since _(date)_ _____.

$125.00_ in monthly gifts from my family

$_____ from other people in my household each month: _(List only if other members contribute to your household income.)_

$_____ from ☐ Retirement/Pension  ☐ Tips, bonuses   ☐ Disability    ☐ Worker's Comp
           ☐ Social Security   ☐ Military Housing ☐ Dividends, interest, royalties
           ☐ Child/spousal support
           ☐ My spouse's income or income from another member of my household _(If available)_

$_____ from other jobs/sources of income. _(Describe)_ _____

$_140.00_ is my *total* monthly income.

| **5. What is the value of your property?** | | **6. What are your monthly expenses?** | |
|---|---|---|---|
| "My **property** includes: | Value* | "My monthly **expenses** are: | **Amount** |
| Cash | $ N/A | Rent/house payments/maintenance | $ _____ |
| Bank accounts, other financial assets | | Food and household supplies | $ 100.00 |
| Inmate Account | $ 50.15 | Utilities and telephone and postage | $ 40.00 |
| _____ | $ ____ | Clothing and laundry · · | $ _____ |
| _____ | $ ____ | Medical and dental expenses | $ _____ |
| Vehicles (cars, boats) _(make and year)_ | | Insurance (life, health, auto, etc.) | $ _____ |
| N/A | $ ____ | School and child care | $ _____ |
| _____ | $ ____ | Transportation, auto repair, gas | $ _____ |
| _____ | $ ____ | Child / spousal support · | $ _____ |
| Other property (like jewelry, stocks, land, another house, etc.) | | Wages withheld by court order | $ _____ |
| N/A | $ ____ | Debt payments paid to: _(List)_ | $ _____ |
| _____ | $ ____ | _____ | $ _____ |
| _____ | $ ____ | _____ | $ _____ |
| ***Total* value of property** → | $ 50.15 | ***Total* Monthly Expenses** → | $ 140.00 |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: _(List debt and amount owed)_ ᴗ I owe' approximately $ 150,000.00 in student loans. As stated, supra, I am an indigent Federal inmate incarcerated since 11/2012.

_(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled 'Exhibit: Additional Supporting Facts.')_ **Check here if you attach another page.**☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☒ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _Lisa A. Biron (Reg. # 12775-049)_ . My date of birth is : ▊▊▊

My address is _FCI Waseca, P.O. Box 1731, Waseca,_  _MN_  _56093_  _Waseca_
               Street                          City      State      Zip Code      Country

_Lisa Biron_        signed on _02 / 18 / 19_ in _Waseca_        County, _Minnesota_
Signature                      Month/Day/Year      county name            State

FILED
TARRANT COUNTY

2019 FEB 25 AM 10: 16

THOMAS A. WILDER
DISTRICT CLERK

MINNEAPOLIS MN 554

Lisa Biron

12775-049
D

◇12775-049◇
Tarrant County District Ct
Thomas Wilder, Clerk
100 N Calhoun ST
FORT Worth, TX 76196
United States

Attn: Deputy Dist. Clerk Ledbetter