# THOMAS A. WILDER, DISTRICT CLERK
## TARRANT COUNTY SERVICE REQUEST FORM

Cause No: 141 305850 19

Style of Case: Lisa Biron v. FMC Carswell Warden Jody Upton; FMC Carswell Psychologist Leticia A. Armstrong; FMC Carswell Psychologist E. Dixon

Please reference the District Clerk web page, www.tarrantcounty.com/DistrictClerk/Forms for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed. *For electronic service, service document will be e-mailed to you for you to attach documents and have party served.**

[ x ] Check box if you would like the District Clerk's Office to make copies for your service. (add $.50 per page per pleading for copies for service)

Title of Pleading to be Served: Civil Complaint
Date Pleading Filed: 1/31/2019
Return to (e-Service ONLY): _____
(Name and e-mail address)

| Quantity | Type of Service | TC Constable | Alternative Service (Private Process or Out of County) | Certified Mail | *Electronic Service |
|---|---|---|---|---|---|
| | Citation by Publication | | | | |
| | Citation by Posting | | | | |
| 1 | Citation | | | X | |
| | TRO | | | | |
| | Show Cause | | | | |
| | Capias | | | | |
| | Arrest Warrant | | | | |
| | Protective Order | | | | |
| | Writ of Habeas | | | | |
| | Writ of Attachment | | | | |
| | Bench Warrant | | | | |
| | Writ of Garnishment | | | | |
| | Writ of Permanent Injunction | | | | |
| | Writ of Temporary Injunction | | | | |

Name of Party to be served: All c/o US Attorney Erin   Service Type: Certified Mail
Address for Service: Nealy Cox, 1100 Commerce St., 3rd Floor, Dallas Texas 75242   Party Type: Civil Defendants
Name of Party to be served: _____   Service Type: _____
Address for Service: _____   Party Type: _____

Attach additional pages if there are more parties to be served.

**PERSON REQUESTING SERVICE:**
NAME: Lisa A. Biron (Reg. # 12775-049)
MAILING ADDRESS: FCI Waseca, P.O. Box 1731, Waseca, MN 56093
PHONE NO: (507) 835-8972    FAX NO.: N/A
EMAIL ADDRESS: N/A

Revised 06/04/2018