# THOMAS A. WILDER, DISTRICT CLERK
## TARRANT COUNTY SERVICE REQUEST FORM

Cause No: __141 305850 19__

Style of Case: Lisa Biron v. FMC Carswell Warden Jody Upton; FMC Carswell Psychologist Leticia A. Armstrong; FMC Carswell Psychologist E. Doxon

Please reference the District Clerk web page, **www.tarrantcounty.com/DistrictClerk/Forms** for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed. *For electronic service, service document will be e-mailed to you for you to attach documents and have party served.**

[X] Check box if you would like the District Clerk's Office to make copies for your service. (add $.50 per page per pleading for copies for service)

Title of Pleading to be Served: __Civil Complaint__
Date Pleading Filed: __1/31/2019__
Return to (e-Service ONLY): _____
(Name and e-mail address)

FILED TARRANT COUNTY 2019 FEB 25 AM 10: THOMAS A. WILDER DISTRICT CLERK

| Quantity | Type of Service | TC Constable | Alternative Service (Private Process or Out of County) | Certified Mail | Electronic Service |
|---|---|---|---|---|---|
|  | Citation by Publication |  |  |  |  |
|  | Citation by Posting |  |  |  |  |
| 3 | Citation | X |  |  |  |
|  | TRO |  |  |  |  |
|  | Show Cause |  |  |  |  |
|  | Capias |  |  |  |  |
|  | Arrest Warrant |  |  |  |  |
|  | Protective Order |  |  |  |  |
|  | Writ of Habeas |  |  |  |  |
|  | Writ of Attachment |  |  |  |  |
|  | Bench Warrant |  |  |  |  |
|  | Writ of Garnishment |  |  |  |  |
|  | Writ of Permanent Injunction |  |  |  |  |
|  | Writ of Temporary Injunction |  |  |  |  |

Name of Party to be served: __Warden J. Upton__   Service Type: __Constable__
Address for Service: __FMC Carswell, Fort Worth, TX__   Party Type: __Civil Defendant__

Name of Party to be served: __Leticia Armstrong__   Service Type: __Constable__
Address for Service: __FMC Carswell, Fort Worth, TX__   Party Type: __Civil Defendant__

Name of Party: __E. Dixon__   Service Type: Constable
Address for Service: FMC Carswell, Fort Worth, TX   Party Type: Civil Defendant

**PERSON REQUESTING SERVICE:**
NAME: __Lisa A. Biron__ (Reg. # 12775-049)
MAILING ADDRESS: __FCI Waseca, P.O. Box 1731, Waseca, MN 56093__
PHONE NO: __(507) 835-8972__   FAX NO.: __N/A__
EMAIL ADDRESS: __N/A__

Revised 06/04/2018