

# TARRANT COUNTY

**THOMAS A. WILDER**
DISTRICT CLERK

RE: 141-305850-19

**Date**: 02/27/2019

**To:** Lisa Biron

This office is unable to complete your request. Please note that the District Clerk's office does not supply forms for the filing of Petitions.

Please give your attention to the following Marked Items:

☐ Please do your research in the Law Library for the forms that you may need.

☐ This office does not give legal advice. You will need to contact an attorney or refer to the Law Library.

☐ Please send money order/Cashier's check in the amount of $_____.

☐ Please specify the name and service address of defendant(s) to be served.

☐ Please file all papers on 8 ½ X 11 size paper (letter).

X Other: In order for your citations to be produced we will need 4 copies of Original Complaint provided or we can print copies at $.50 a page. (16pgs. x .50 = $8.00). The paupers affidavit does not cover the cost of copies.

Respectfully,



Stacci L. Reynolds
141st Associate Court Clerk
Tarrant County District Clerk
100 N. Calhoun ST, 2nd Floor
Fort Worth, TX 76196
817-884-1198

LISA BIRON
CID 12775-049
FCI WASECA
PO BOX 1731
WASECA MN 56093

TARRANT COUNTY
THOMAS A. WILDER
DISTRICT CLERK - CIVIL
100 N. CALHOUN ST., 2ND FLOOR
FORT WORTH, TEXAS 76196-0402

141ST

