Cause Number 141-305850-19

| LISA BIRON | | FEDERAL MEDICAL CENTER |
|---|---|---|
| | VS | ("FMC"), ET AL |

## OFFICER'S RETURN

Received this  Citation By Certified Mail  on  the 20th day of March, 2019  at 2:00 PM ; and executed at  US ATTORNEY 1100 COMMERCE ST 3RD FLR DALLAS TX 75242

within the county of _____ State of TX on the 26th day of March, 2019  by mailing to the within named  ERIN NEALY COX  a true copy of this  Citation By Certified Mail  together with the accompanying copy of:
CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF

Authorized Person/Constable/Sheriff: Thomas A. Wilder
100 N CALHOUN
FORT WORTH TX 76196-0402

County of Tarrant, State of Texas

By ___Stacci Reynolds___ Deputy
STACCI REYNOLDS

Fees $ 75.00

FILED TARRANT COUNTY
THOMAS A. WILDER DIST CLERK
2019 MAR 29 AM 9:26

(Must be verified if served outside the State of Texas)
State of _____ County of _____
Signed and sworn to by the said _____ before me this _____
to certify which witness my hand and seal of office

County of Tarrant, State of Texas

*1413058501900010*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ERIN NEALY COX
C/O US ATTORNEY
1100 COMMERCE ST, 3RD FLR
DALLAS, TX 75242
141-305850-19 DP/LM/CM

9590 9402 4268 8121 6797 45

2. Article Number (Transfer from service label)
7015 3430 0000 8630 5487

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☐ Agent ☐ Addressee
B. Received by (Printed Name)  A. Nowlin   C. Date of Delivery 03/26/19
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

THOMAS A. WILDER DISTRICT CLERK
2019 MAR 28 PM 4:30

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Insured Mail Restricted Delivery
   (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

THE STATE OF TEXAS      ORIGINAL
DISTRICT COURT, TARRANT COUNTY

## CITATION     Cause No. 141-305850-19

LISA BIRON
VS.
FEDERAL MEDICAL CENTER ("FMC"), ET AL

TO: ERIN NEALY COX

C/O US ATTORNEY 1100 COMMERCE ST 3RD FLR DALLAS, TX 75242-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 141st District Court in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

LISA BIRON

Filed in said Court on January 31st, 2019 Against
FEDERAL MEDICAL CENTER ("FMC"), WARDEN JODY UPTON, LETICIA A ARMSTRONG, E DIXON, ERIN NEALY COX

For suit, said suit being numbered 141-305850-19 the nature of which demand is as shown on said
CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF a copy of which accompanies this citation.

PRO SE
Attorney for LISA BIRON Phone No. -
Address    FCI WASECA PO BOX 1731 WASECA, MN 56093

_____Thomas A. Wilder_____, Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 20th day of March, 2019.

By _Lauren Melanson_    Deputy
LAUREN MELANSON

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN *14130585019000010*

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at _____ within the county of _____, State of _____ at _____ o'clock ___M on the _____ day of _____, _____ by mailing to the within named _____

a true copy of this Citation together with the accompanying copy of CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF having first endorsed on same the date of delivery.

Deputy/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)
County of _____, State of _____

7015 3430 0000 8630 5487

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____   Postmark
☐ Certified Mail Restricted Delivery $ _____   Here
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$ 6.95

Sent To: ERIN NEALY COX
Street and Apt. No: C/O US ATTORNEY
1100 COMMERCE ST, 3RD FLR
City, State, ZIP+4: DALLAS, TX 75242

141-305850-19 DP/LM/CM

PS Form 3800,

7015 3430 0000 8630 5487

Postmark: MAR 21 2019 DALLAS TX 752

FILED
TARRANT COUNTY
2019 MAR 28 PM 4:30
THOMAS A. WILDER
DISTRICT CLERK

---

*CITATION*

Cause No. 141-305850-19

LISA BIRON

VS.

FEDERAL MEDICAL CENTER ("FMC"), ET AL

ISSUED

This 20th day of March, 2019

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By      LAUREN MELANSON Deputy

PRO SE
Name: LISA BIRON
-
Address: FCI WASECA
PO BOX 1731
WASECA, MN 56093

*CIVIL LAW*

*14130585019000010*

ORIGINAL