THE STATE OF TEXAS  **ORIGINAL**
DISTRICT COURT, TARRANT COUNTY

## CITATION                         Cause No. 141-305850-19

LISA BIRON
VS.
FEDERAL MEDICAL CENTER ("FMC"), ET AL

TO: LETICIA A ARMSTRONG

FEDERAL MEDICAL CENTER CARSWELL FORT WORTH, TX

*[FILED stamp: THOMAS A. WILDER DISTRICT CLERK 2019 APR -1 AM 10:59 TARRANT COUNTY FILED]*

You said DEFENDANT are hereby commanded to appear by filing a written answer to the CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 141st District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

LISA BIRON

Filed in said Court on January 31st, 2019 Against
FEDERAL MEDICAL CENTER ("FMC"), WARDEN JODY UPTON, LETICIA A ARMSTRONG, E DIXON, ERIN NEALY COX

For suit, said suit being numbered 141-305850-19 the nature of which demand is as shown on said
CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF a copy of which accompanies this citation.

PRO SE
Attorney for LISA BIRON  Phone No. -
Address    FCI WASECA PO BOX 1731 WASECA, MN 56093

_____Thomas A. Wilder_____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 20th day of March, 2019.

By _Lauren Melanson_ Deputy
LAUREN MELANSON

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.
Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

---

### OFFICER'S RETURN  *14130585019000008*

Received this Citation on the **21** day of **March** **2019** at **1:22** o'clock **A** M; and executed at **FMC J.ST.Bldg.3000** within the county of **Tarrant**, State of **TX** at **12:30** o'clock **P** M on the **28** day of **March**, **2019** by delivering to the within named (Def.): **Leticia A. Armstrong, by delivery,** defendant(s), a true copy of this Citation together with the accompanying copy of CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF, having first endorsed on same, the date of delivery. **TO K. Inman Attorney At address**

Authorized Person/Constable/Sheriff: _____
County of _____  Constable Pct 4  By _____ Mark _____ Deputy
Fees $ **75**  Tarrant County, Texas

State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)

County of _____, State of _____

FILED
TARRANT COUNTY
2019 APR -1 AM 10: 59
THOMAS A. WILDER
DISTRICT CLERK

| ATTEMPTS | | | |
|---|---|---|---|
| DATE | TIME | COMMENTS | |
| | | | |
| | | | |
| | | | |

GM  **CITATION**   JOE D. JOHNSON

305300                          2019 MAR 21  AM 11:22

Cause No. 141-305850-19         DATE SERVED 3-28-19
                                TIME SERVED 1230
LISA BIRON                      SERVER  Mank

    VS.

FEDERAL MEDICAL CENTER
("FMC"), ET AL  Leticia A. Armstrong

ISSUED  FMC Carswell, Ft W TX

This 20th day of March, 2019

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By      LAUREN MELANSON Deputy

PRO SE
Name: LISA BIRON

Address: FCI WASECA
PO BOX 1731
WASECA, MN 56093

***CIVIL LAW***



*14130585019000060*

ORIGINAL