# THE STATE OF TEXAS
## DISTRICT COURT, TARRANT COUNTY

**ORIGINAL**

*CITATION*     *Cause No. 141-305850-19*

LISA BIRON

VS.

FEDERAL MEDICAL CENTER ("FMC"), ET AL

TO: WARDEN JODY UPTON

FEDERAL MEDICAL CENTER CARSWELL FORT WORTH, TX

*[stamp: THOMAS A. WILDER DISTRICT CLERK  2019 APR -1 AM 14:08  FILED TARRANT COUNTY]*

You said DEFENDANT are hereby commanded to appear by filing a written answer to the CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 141st District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

LISA BIRON

Filed in said Court on January 31st, 2019 Against
FEDERAL MEDICAL CENTER ("FMC"), WARDEN JODY UPTON, LETICIA A ARMSTRONG, E DIXON, ERIN NEALY COX

For suit, said suit being numbered 141-305850-19 the nature of which demand is as shown on said CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF  a copy of which accompanies this citation.

PRO SE
Attorney for LISA BIRON Phone No. -
Address     FCI WASECA PO BOX 1731 WASECA, MN 56093

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 20th day of March, 2019.

By _Lauren Melanson_                                    Deputy

LAUREN MELANSON

*[court seal]*

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

**Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402**

## OFFICER'S RETURN  *14130585019000007*

Received this Citation on the _21_ day of _March_ _2019_ at _1:08_ o'clock _A_ M; and executed at _FMC J.ST 814.3000_ within the county of _TARRANT_, State of _TX_ at _1230_ o'clock _P_ M on the _28_ day of _March_ _2019_ by delivering to the within named (Def.) _Warden Jody UPTON by delivering_ defendant(s), a true copy of this Citation together with the accompanying copy of CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF, having first endorsed on same the date of delivery. _To Kinmen Attorney at address_

Authorized Person/Constable/Sheriff: _____

_____ County of _____  State of _____ By _____ _Thauck_ Deputy

Fees $ _75.00_

State of _____ County of _____  (Must be verified if served outside the State of Texas)

Signed and sworn to by the said _____  Constable Pct 4  before me this _____ day of _____, ____

to certify which witness my hand and seal of _Tarrant County, Texas_

(Seal)

County of _____, State of _____

GM

## CITATION

3063300

JOE D. JOHNSON
CONSTABLE PCT. 4
TARRANT CNTY TX

Cause No. 141-305850-19

2019 MAR 21 AM 11: 08

LISA BIRON

DATE SERVED 3 ree-19
TIME SERVED 1230
SERVER — Mark

vs.
Warden Jody Votm
FEDERAL MEDICAL CENTER
("FMC"), ET AL

ISSUED

This 20th day of March, 2019

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By     LAUREN MELANSON Deputy

PRO SE
Name: LISA BIRON

Address: FCI WASECA
PO BOX 1731
WASECA, MN 56093

*CIVIL LAW*

*14130585019000007*

K. isin

ORIGINAL

FILED
TARRANT COUNTY
2019 APR -1 AM 11: 00
THOMAS A. WILDER
DISTRICT CLERK

| ATTEMPTS | | |
| DATE | TIME | COMMENTS |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |