# NOTICE OF RELATED CASES

This case involves claims by Lisa Biron, a federal inmate, that her civil rights were violated by prison officials in connection with the confiscation of a manuscript written by Biron on her "study and research on the Christian view of morality regarding sexual conduct." As background, Biron is imprisoned due to her conviction on various federal sex offenses, and while imprisoned she has filed other lawsuits in which she has challenged restrictions imposed on her by prison officials relating to her sex offender status. These other cases involved some of the same parties but did not involve precisely the same claims as in the instant case (instead, they involved restrictions on Biron's ability to contact the victim of her sex offenses), and notice of these cases is provided in the event that they should be deemed related to the instant case. The other cases are:

- Civil Action No. 4:14-CV-772-O, *Lisa A. Biron v. Warden Jody Upton*, assigned to Judge O'Connor—habeas corpus petition in which Biron challenged a prison disciplinary conviction for attempting to contact the victim of her sex offenses (closed)

- Civil Action No. 4:14-CV-823-O, *Lisa A. Biron v. Jody R. Upton*, transferred from the District of Connecticut, assigned to Judge O'Connor, then consolidated with Civil Action No. 4:14-CV-772-O—habeas corpus petition with similar claims (closed)

- Civil Action No. 4:15-CV-205-O, *Lisa A. Biron v. Jody Upton, Lauren Cimperman, FNU Wenger, FNU Kingsley, FNU Valle, W. L. Smithers, E. Smith-Branton*, originally assigned to Judge McBryde but then transferred to Judge O'Connor as related to the above-referenced cases—civil rights claims against prison officials relating to prison officials' attempts to prevent Biron from contacting the victim of her sex offenses (pending)