IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| LISA BIRON,<br><br>　　Plaintiff,<br><br>v.<br><br>FEDERAL MEDICAL CENTER ("FMC") CARSWELL WARDEN JODY UPTON; FMC CARSWELL PSYCHOLOGIST LETICIA A. ARMSTRONG; FMC CARSWELL PSYCHOLOGIST E. DIXON,<br><br>　　Defendants. | Civil Action No. 4:19-CV-322-A |

## CERTIFICATE OF INTERESTED PERSONS

This is to certify that other than the parties to this case, the undersigned counsel for defendants is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Respectfully submitted,

ERIN NEALY COX
United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:   214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants

**Certificate of Interested Persons – Page 2**