IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| LISA BIRON,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL MEDICAL CENTER ("FMC") CARSWELL WARDEN JODY UPTON; FMC CARSWELL PSYCHOLOGIST LETICIA A. ARMSTRONG; FMC CARSWELL PSYCHOLOGIST E. DIXON,<br><br>    Defendants. | Civil Action No. 4:19-CV-322-A |

## SUPPLEMENT TO NOTICE OF REMOVAL

The defendants file this supplement to their notice of removal to correct a mistaken reference in the notice of removal to the cause number assigned to the case in state court.  The case removed to this Court was assigned Cause Number 141-305850-19 in the 141st District Court in and for Tarrant County, Texas (not Cause Number 141-30580-19 as stated on page 1 of the notice of removal).  The correct number—Cause Number 141-305850-19—appears on the copy of the state-court docket attached to the notice of removal, as well as on the various other documents from the state court proceeding attached to the notice of removal.

**Supplement to Notice of Removal – Page 1**

        Respectfully submitted,

        ERIN NEALY COX
        United States Attorney

        <u>/s/ Brian W. Stoltz</u>
        Brian W. Stoltz
        Assistant United States Attorney
        Texas Bar No. 24060668
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone:   214-659-8626
        Facsimile:    214-659-8807
        brian.stoltz@usdoj.gov

        Attorneys for Defendants

**Supplement to Notice of Removal – Page 2**