IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | |
|---|---|
| LISA BIRON,<br><br> Plaintiff,<br><br>v.<br><br>FEDERAL MEDICAL CENTER ("FMC") CARSWELL WARDEN JODY UPTON; FMC CARSWELL PSYCHOLOGIST LETICIA A. ARMSTRONG; FMC CARSWELL PSYCHOLOGIST E. DIXON,<br><br> Defendants. | Civil Action No. 4:19-CV-322-A |

## **CERTIFICATE OF SERVICE**

This is to certify that on this 22nd day of April, 2019, copies of the following documents have been served on plaintiff Lisa Biron by certified mail (#7018 2290 0001 4480 3676) addressed to Lisa Biron (#12775-049), FCI Waseca, P.O. Box 1731, Waseca, MN 56093:

 1. Notice of Removal (with attachments)

 2. Certificate of Interested Persons

 3. Supplement to Notice of Removal

 4. this certificate of service

**Certificate of Service – Page 1**

        Respectfully submitted,

        ERIN NEALY COX
        United States Attorney

        <u>/s/ Brian W. Stoltz</u>
        Brian W. Stoltz
        Assistant United States Attorney
        Texas Bar No. 24060668
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone:   214-659-8626
        Facsimile:    214-659-8807
        brian.stoltz@usdoj.gov

        Attorneys for Defendants