# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 APR 23   PM 3: 06

DEPUTY CLERK

---

LISA BIRON,

     Plaintiff,

v.

FEDERAL MEDICAL CENTER ("FMC")
CARSWELL WARDEN JODY UPTON;
FMC CARSWELL PSYCHOLOGIST
LETICIA A. ARMSTRONG; FMC
CARSWELL PSYCHOLOGIST E. DIXON,

    Defendants.

Civil Action No. 4:19-CV-322 – A

## NOTICE OF REMOVAL

Please take notice that defendants Jody Upton, Leticia Armstrong, and Emily Dixon—respectively, the warden of and two staff psychologists at Federal Medical Center, Carswell (FMC Carswell), a federal prison operated by the Federal Bureau of Prisons—hereby remove the action pending as Cause No. 141-30580-19 in the 141st District Court in and for Tarrant County, Texas, to the Fort Worth Division of the United States District Court for the Northern District of Texas, and as support would respectfully show as follows:

    1.    Cause No. 141-30580-19 was commenced upon plaintiff Lisa Biron's filing of a "Civil Complaint for Damages and Injunctive and Declaratory Relief" in the 141st[1]

---

[1] The complaint as submitted by Biron to the Tarrant County District Clerk for initiation of an action refers to the "48th District," but was assigned to the 141st District Court, presumably in accordance with

Notice of Removal – Page 1

District Court in and for Tarrant County, Texas, on January 31, 2019.  In the complaint,

Biron relates that while she was incarcerated at FMC Carswell, Dixon and Armstrong

confiscated a "manuscript" in which Biron had recorded her "Biblical study and research

on the Christian view of morality regarding sexual conduct," and Upton thereafter "failed

to intervene to protect" Biron's rights with respect to the manuscript.  As background,

Biron was previously convicted of various federal sex offenses in the District of New

Hampshire. *See United States v. Biron*, No. 16-CV-108-PB, 2017 WL 4402394 (D.N.H.

Oct. 2, 2017).  As detailed by the New Hampshire federal court in its order denying

Biron's 28 U.S.C. § 2255 motion, the victim of Biron's crimes was Biron's then-14 year

old daughter. *See id.* at *1.  Biron had arranged for her daughter to enter into a sexual

relationship with an adult man over the internet, and transported her daughter to a hotel in

Canada so that both Biron and the daughter could have sex with the man (including in

encounters that were filmed by Biron "at Biron's insistence"). *Id.* at *2–3.  Biron also

arranged through an advertisement placed on Craigslist for a different man to have sex

with the daughter on multiple occasions (including in a filmed encounter on a couch in

front of Biron). *Id.* at *2.  Finally, Biron filmed herself performing oral sex on her own

daughter. *Id.* at *2–3.  Biron's manuscript was confiscated because it contained sexual

material and discussed sexual matters involving Biron's daughter, and possession of such

material was determined to be in violation of Biron's sex offender management plan.  In

---

the Tarrant County local rules' provision for random assignment of cases. *See* Tarrant Co. General Local
R. 1.03(a).

her complaint, Biron contends that this was in violation of her rights and seeks damages and injunctive relief.

2.      This action is removable pursuant to 28 U.S.C. § 1442(a)(1), which authorizes the removal of any "civil action . . . commenced in a State court" against "[t]he United States or any agency thereof or any officer (or person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office." This removal provision applies in this case because the defendants are the warden and two staff psychologists employed by the Federal Bureau of Prisons, a component of the executive branch of the United States located within the Department of Justice and under the Attorney General.

3.      The purpose of the section 1442(a)(1) removal provision is to protect the lawful activities of the federal government from undue state interference. *See Willingham v. Morgan*, 395 U.S. 402, 405–06 (1969). Unlike the general removal statute, which must be "strictly construed in favor of remand," *Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002), "[t]he Supreme Court has stated that § 1442(a)(1) is to be construed broadly and 'should not be frustrated by a narrow, grudging interpretation,'" *Humphries v. Elliot Co.*, 760 F.3d 414, 417 (5th Cir. 2014) (quoting *Willingham v. Morgan*, 395 U.S. 402, 407 (1969)). A case may be removed even if a federal question arises as a defense rather than as a claim apparent from the face of the plaintiff's well-pleaded complaint. *See Jefferson County, Ala. v. Acker*, 527 U.S. 423, 431 (1999).

4.      Here, removal is proper under section 1442(a)(1) because Biron's complaint relates to acts taken by the defendants under color of their federal offices and establishes a causal connection between the defendants' performance of their official duties as federal officers and Biron's claims.  In addition, the defendants can and will be asserting at least one "colorable federal defense" to the claims against them.  *See Mesa v. California*, 489 U.S. 121, 136 (1989).  These include, but are not limited to, the following:

- Armstrong and Dixon assert the defense of qualified immunity to claims against them in a personal capacity for damages.

- Biron's purported claims under *Bivens v. Six Unknown Federal Agents of Bureau of Narcotics*, 403 U.S. 388 (1971), are nonactionable because Biron's claims represent a new *Bivens* context and special factors counsel against judicial creation of a new damages remedy in the circumstances of Biron's claims.  *See Ziglar v. Abbasi*, 137 S. Ct. 1843 (2017).

- A federal statute, the Prison Litigation Reform Act, bars, in whole or in part, Biron's claims for damages.  *See* 42 U.S.C. § 1997e(e).

- Sovereign immunity bars Biron's claims against the defendants in an official capacity, because such claims are considered to be claims against the government itself, and the government has not waived immunity for Biron's official-capacity claims and jurisdiction for such claims is absent.

\*        \*        \*        \*

This case is subject to removal pursuant to 28 U.S.C. § 1442(a)(1), and a removal is hereby timely effected.[2]  The defendants reserves all defenses and will answer or otherwise respond to the complaint in due course.  *See* Fed. R. Civ. P. 81(c)(2).

---

[2] An attorney with the Federal Bureau of Prisons accepted service of a copy of the state-court citation and complaint for each of Upton, Armstrong, and Dixon on March 28, 2019.

Respectfully submitted,

ERIN NEALY COX
United States Attorney


*Brian W. Stoltz*

Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:   214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants

JS 44   (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Lisa Biron | Jody Upton, Leticia A. Armstrong, E. Dixon |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
n/a (pro se)

Attorneys *(If Known)*
Brian W. Stoltz, AUSA, 1100 Commerce St., Third Floor, Dallas, TX 75242
(214) 659-8626

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☒ 2   U.S. Government Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                               *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☒ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation - Transfer

☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Removed by federal defendants under 28 U.S.C. 1442
Brief description of cause:
Plaintiff is suing for alleged violations of rights by prison officials

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE   (see separate sheet)

DOCKET NUMBER

DATE
04/22/2019

SIGNATURE OF ATTORNEY OF RECORD
*Brian W. Stoltz*

FOR OFFICE USE ONLY

RECEIPT #          AMOUNT                    APPLYING IFP                    JUDGE                    MAG. JUDGE

**United States District Court**
**Northern District of Texas**

**Supplemental Civil Cover Sheet For Cases Removed**
**From State Court**

1. **State Court Information:**

   <u>Court</u>                          <u>Case Number</u>

   141st District Court              141-305850-19
   Tarrant County, Texas

2. **Style of the Case:**

   <u>Party and Party Type</u>              <u>Attorney(s)</u>

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Lisa Biron<br><br>Plaintiff | n/a (pro se) |
   | Federal Medical Center ("FMC") Carswell Warden Jody Upton<br><br>Defendant | Brian W. Stoltz<br>Assistant United States Attorney<br>Texas Bar No. 24060668<br>1100 Commerce Street, Third Floor<br>Dallas, Texas 75242-1699<br>Telephone:   214-659-8626<br>Facsimile:    214-659-8807<br>brian.stoltz@usdoj.gov |
   | FMC Carswell Psychologist Leticia A. Armstrong<br><br>Defendant | Brian W. Stoltz (see above) |
   | FMC Carswell Psychologist E. Dixon<br><br>Defendant | Brian W. Stoltz (see above) |

3. **Jury Demand:** Was a Jury Demand made in State Court? <u>Yes.</u>

4. **Answer:** Was an Answer made in State Court? <u>No.</u>

**Supplemental Civil Cover Sheet**
**Page 2**

5.     **Unserved Parties:**

n/a — Kacie Inman, an attorney with the Federal Bureau of Prisons, accepted service of the state-court citation and a copy of the complaint for each of Upton, Armstrong, and Dixon.

6.     **Nonsuited, Dismissed or Terminated Parties:**  n/a

7.     **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| <u>Party</u> | <u>Claim(s)</u> |
|---|---|
| Plaintiff Lisa Biron | alleged violation of rights by prison officials |

## INDEX OF STATE COURT RECORDS

|     | Document | Filing Date |
| --- | --- | --- |
| 1. | Docket Sheet | n/a |
| 2. | Civil Complaint for Damages and and Injunctive Relief | 1/31/2019 |
| 3. | Cover Letter | 1/31/2019 |
| 4. | Cover Letter re Affidavit of Inability to Pay | 2/25/2019 |
| 5. | Affidavit of Inability to Pay | 2/25/2019 |
| 6. | Service Request Form | 2/25/2019 |
| 7. | Service Request Form | 2/25/2019 |
| 8. | Letter from Court Clerk | 2/27/2019 (letter date) |
| 9. | Officer's Return (Erin Nealy Cox) | 3/29/2019 |
| 10. | Officer's Return (Leticia A Armstrong) | 4/1/2019 |
| 11. | Officer's Return (E. Dixon) | 4/1/2019 |
| 12. | Officer's Return (Warden Jody Upton) | 4/1/2019 |

* Biron's date of birth appears in unredacted form in the affidavit of inability to pay in the state-court record, but in an abundance of caution has been redacted in the document provided herein. The original unredacted version remains available on the state-court docket, and can be provided by defendants to this Court if necessary.

# Tarrant County District Clerk Online
## Thomas A. Wilder, District Clerk

| Civil - Case and Transaction Information | 4/19/19 9:04 AM |
|---|---|

| Cause Number: | 141-305850-19 | | Date Filed: 01-31-2019 |
|---|---|---|---|

|  | LISA BIRON | | VS | | FEDERAL MEDICAL CENTER ("FMC"), ET AL |
|---|---|---|---|

| Cause of Action: | OTHER CIVIL, OTHER |
|---|---|
| Case Status: | PENDING |

| File Mark | Description | | | Assessed Fee | Credit/Paid Fee |
|---|---|---|---|---|---|
| 01-31-2019 | CIVIL COMPLAINT FOR DAMAGES & INJ/DECLARATORY RLF | N I | | 289.00 | |
| 01-31-2019 | COVER LTR | I | | | 0.00 |
| 02-25-2019 | PLTF'S CVR LTR RE; AFFDT INABILITY TO PAY/CITS REQ | I | | | 0.00 |
| 02-25-2019 | PAUPERS AFFDT OF INABILITY TO PAY COSTS | I | | | 0.00 |
| 02-25-2019 | SVC REQ FORM (NO COPIES PD) | I | | | 0.00 |
| 02-25-2019 | SVC REQ FORM (NO COPIES PD) | I | | | 0.00 |
| 02-28-2019 | CIT W/SVC-ISSUED ON WARDEN JODY UPTON-On 03/20/2019 | N | Svc | 83.00 | |
| 02-28-2019 | CIT W/SVC-ISSUED ON LETICIA A ARMSTRONG-On 03/20/2019 | N | Svc | 83.00 | |
| 02-28-2019 | CIT W/SVC-ISSUED ON E DIXON-On 03/20/2019 | N | Svc | 83.00 | |
| 02-28-2019 | CIT Cert Mail-ISSUED ON ERIN NEALY COX-On 03/20/2019 | N | Svc | 83.00 | |
| 03-04-2019 | INMATE LTR TO PRO SE REQ COPIES OR PAYMENT | I | | | 0.00 |
| 03-28-2019 | CIT Cert Mail Tr# 10 RET EXEC(ERIN NEALY COX) On 0 3/26/2019 | I | | | 0.00 |
| 04-01-2019 | Adjustment for service fee from # 8 | N A | | 0.00 | |
| 04-01-2019 | CIT W/SVC Tr# 8 RET EXEC(LETICIA A ARMSTRONG) On 0 3/28/2019 | I | | | 0.00 |
| 04-01-2019 | Adjustment for service fee from # 9 | N A | | 0.00 | |
| 04-01-2019 | CIT W/SVC Tr# 9 RET EXEC(E DIXON) On 03/28/2019 | I | | | 0.00 |
|  | Adjustment for service fee from # 7 | | | 0.00 | |

| | | | | |
|---|---|---|---|---|
| 04-01-2019 | | | N | |
| | | | A | |
| 04-01-2019 | CIT W/SVC Tr# 7 RET EXEC(WARDEN JODY UPTON) On 03/28/2019 | | I | 0.00 |

**District Clerk's Office**

Tom Vandergriff Civil Courts Building

100 N. Calhoun St., 2nd Floor, Fort Worth, Texas 76196, Contact Us

Please send questions and comments regarding the District Clerk web site to District Clerk Webmaster

TARRANT COUNTY DISTRICT COURT

48th District

## 141 305850 19

Cause Number: _____

Lisa Biron,
    Plaintiff

v.

Federal Medical Center ("FMC")
Carswell Warden Jody Upton;
FMC Carswell Psychologist Leticia
A. Armstrong; FMC Carswell
Psychologist E. Dixon,
    Defendants

CIVIL COMPLAINT FOR
DAMAGES AND INJUNCTIVE AND
DECLARATORY RELIEF

JURY TRIAL
Requested

FILED
TARRANT COUNTY
2019 JAN 31 P 12: 24
THOMAS A. WILDER
DISTRICT CLERK

1.    Plaintiff, Lisa Biron, is a federal inmate presently incarcerated in Federal Correctional Institution, Waseca, MN.  The events giving rise to the within claims occurred at Federal Medical Center, Carswell, in Fort Worth, Texas, Tarrant County.

2.    She brings the within claims for damages under the Religious Freedom Restoration Act (42 U.S.C. §§ 2000bb et seq.), under Bivens v. Six Unknown Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), and for declaratory and injunctive relief to redress the deprivation, under color of federal law of rights secured under the Constitution and Laws of Texas, and under the Constitution and Laws of the United States.

3.    Defendant Mr. Jody Upton is the Warden of FMC Carswell.  He is legally responsible for the operations of FMC Carswell and protecting the constitutional rights of the inmates housed there.

4.    Defendant Leticia A. Armstrong is a psychologist and correctional officer at FMC Carswell.

1



5.   Defendant E. Dixon is a psychologist and correctional officer at FMC Carswell.

6.   Warden Upton is sued in his official capacity <u>only</u>.

7.   Leticial Armstrong and E. Dixon are sued in their individual and official capacity.

<u>Claims</u>

8.   On or about September 25, 2015, E. Dixon conducted a search of Ms. Biron's locker and removed a 144-page manuscript draft and notes written by Ms. Biron.

9.   The writing contained the documentation and information gleaned from hours of Biblical study and research on the Christian view of morality regarding sexual conduct.

10.  It is Ms. Biron's sincerely held religious belief that she was directed by God to research, pray about, and study the Bible concerning God's view on the matter and to record these conclusions in writing, which would culminate in a book on the subject.

11.  It is Ms. Biron's sincerely held religious belief that this process, as directed by the Lord, is a part of her practice of her Christian faith and self-improvement process.

12.  E. Dixon's act of removing this document from Ms. Biron's possession violated her rights under the First Amendment's Free Exercise Clause and Freedom of Expression Clause; the Religious Freedom Restoration Act (42 U.S.C. §§ 2000bb et seq.); the Fifth Amendment; and Texas law.

13.  On or about October 15, 2015, Leticia Armstrong paged Ms. Biron to the lieutenant's office where L. Armstrong permanently confiscated the 144-page manuscript.

14.  Armstrong's  act of confiscating Ms. Biron's writing violated the

2

First Amendment's Free Exercise Clause and Freedom of Expression Clause; the Religious Freedom Restoration Act (42 U.S.C. §§ 2000bb et seq.) and the Fifth Amendment to the United States Constitution and Texas law.

15. On or about September 30, 2015 (after the writing was taken but before it was officially confiscated) Ms. Biron sent an email to Warden Upton advising him of the situation. He failed to intervene to protect Ms. Biron's civil rights and religious liberties.

16. On May 2, 2017, Ms. Biron received the final denial of Administrative Remedy # 842574 (dated 4/10/2017) regarding her stolen writing.

## Remedies and Relief

17. Ms. Biron seeks compensatory and punitive damages against L. Armstrong and E. Dixon.

18. Ms. Biron's remedy at law, however, is inadequate and incomplete, and she will be irreparably injured by the loss of her writing unless the Court grants declaratory and injunctive relief.

WHEREFORE, Ms. Biron requests this Honorable Court:

19. Grant her a declaration that the acts and omissions described herein violate her rights under the United States Constitution, the Texas Constitution, the Religious Freedom Restoration Act and State and Federal Law.

20. Grant a preliminary and permanent injunction ordering the Defendants to return Ms. Biron's writing to her.

21. Award Ms. Biron compensatory and punitive damages against L. Armstrong and E. Dixon to the fullest extent allowed under the law.

22. Grant Ms. Biron her costs and fees incurred for prosecuting this lawsuit.

23. Grant such other relief as this Court deems just and equitable.

Respectfully submitted

1/23/2019
Date

Lisa Biron (#12775-049)
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

## Verification

I hereby swear, under penalty of perjury, that the matters and facts
alleged in the foregoing Complaint are true and correct.

1/23/2019
Date

Lisa Biron

4

141   305850   19

**Lisa A. Biron**
Reg. # 12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Thomas A. Wilder, Clerk                          January 25, 2019
Tarrant County District Court
48th District
100 N. Calhoun Street
Fort Worth, TX 76196

FILED
TARRANT COUNTY
2019 JAN 31  PD 12: 24
THOMAS A. WILDER
DISTRICT CLERK

Dear Mr. Wilder:

I have enclosed, for filing with the Court, a Complaint to begin a civil
lawsuit in your Court.

Please forward any forms that I am required to fill out in order to proceed
in forma pauperis as I am an indigent federal inmate with no assets or
present ability to pay any filing fee.

I understand that the Citation is a Court issued document, but I have for-
warded a copy of the Complaint to the United States Attorney, Erin Nealy
Cox, via U.S. Certified Mail.  She represents the Defendants and has a duty
to mitigate the costs of formal service.  Therefore, no personal service
on the Defendants should be necessary.

Thank you for your prompt attention to this matter.

Sincerely,

*Lisa Biron*

Lisa Biron

Cc: Erin Nealy Cox, United States Attorney, N.D. Tex.

Lisa A. Biron
Reg. # 12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Lisa Letbetter, Deputy District Clerk                    February 18, 2019
Tarrant County District Court
100 N. Calhoun Street
Fort Worth, Texas 76196-0402

Re: Biron v. Upton, et al, no. 141-305850-19

Dear Ms. Letbetter:

I have enclosed my Statement of Inability to Afford Payment of Court
Costs, and hope to be allowed to proceed in forma pauperis.

In addition, since I have not received any acknowledgement of this filing
from the United States Attorney, I have enclosed the forms to obtain serv-
ice on the defendants.

Please advise if there is more I need to do as far as service and waiver
of court and service fees.

Thank you for your attention to this matter.

Sincerely,

Lisa Biron

Lisa Biron

Cc: United States Attorney Erin Nealy Cox (w/o enclosures)

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: **141  305850  19**

*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: Lisa A. Biron

*(Print first and last name of the person filing the lawsuit.)*

          FMC Carswell And Warden Jody Upton;
Defendant: L. Armstrong & E. Dixon

*(Print first and last name of the person being sued.)*

In the (check one):
48th — [X] District Court
Court Number — [ ] County Court / County Court at Law
    [ ] Justice Court

Tarrant      Texas
County

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## 1. Your Information

My full legal name is: Lisa     Ann     Biron     My date of birth is:
                 First     Middle     Last                      Month/Day/Year

My address is: *(Home)* Federal Correctional Institution
        *(Mailing)* P.O. Box 1731, Waseca, MN 56093

My phone number: N/A     My email: N/A

About my **dependents:** "The people who depend on me financially are listed below.

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | N/A | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

## 2. Are you represented by Legal Aid?

[ ] I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

[ ] I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

[X] I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

[X] I do not receive needs-based public benefits. **- or -**
[ ] I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*
[ ] Food stamps/SNAP   [ ] TANF   [ ] Medicaid   [ ] CHIP   [ ] SSI   [ ] WIC   [ ] AABD
[ ] Public Housing or Section 8 Housing   [ ] Low-Income Energy Assistance   [ ] Emergency Assistance
[ ] Telephone Lifeline   [ ] Community Care via DADS   [ ] LIS in Medicare ("Extra Help")
[ ] Needs-based VA Pension   [ ] Child Care Assistance under Child Care and Development Block Grant
[ ] County Assistance, County Health Care, or General Assistance (GA)
[X] Other: I am an indigent Federal inmate who has been incarcerated since 11/2012

---

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ __15.00__ in monthly wages. I work as an __Orderly @ .12/hour__ for __the FBOP__ .
<br>Your job title _____ Your employer

$ _____ in monthly unemployment. I have been unemployed since *(date)* _____ .

$ __125.00__ in monthly gifts from my family

$ _____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$ _____ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
☐ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$ _____ from other jobs/sources of income. *(Describe)* _____

$ __140.00__ is my *total* monthly income.

| **5. What is the value of your property?** | | | **6. What are your monthly expenses?** | |
|---|---|---|---|---|
| "My property includes: | | **Value\*** | "My monthly expenses are: | **Amount** |
| Cash | $ | N/A | Rent/house payments/maintenance | $ |
| Bank accounts, other financial assets | | | Food and household supplies | $ 100.00 |
| Inmate Account | $ | 50.15 | Utilities and telephone and postage | $ 40.00 |
| _____ | $ | | Clothing and laundry | $ |
| _____ | $ | | Medical and dental expenses | $ |
| Vehicles (cars, boats) *(make and year)* | | | Insurance (life, health, auto, etc.) | $ |
| N/A | | | School and child care | $ |
| _____ | $ | | Transportation, auto repair, gas | $ |
| _____ | $ | | Child / spousal support | $ |
| _____ | $ | | Wages withheld by court order | |
| Other property (like jewelry, stocks, land, another house, etc.) | | | | $ |
| N/A | | | Debt payments paid to: *(List)* | $ |
| _____ | $ | | _____ | $ |
| _____ | $ | | _____ | $ |
| _____ | $ | | _____ | $ |
| ***Total* value of property** → | $ | 50.15 | ***Total* Monthly Expenses** → | $ 140.00 |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**7. Are there debts or other facts explaining your financial situation?**

"My debts include: *(List debt and amount owed)* ` I owe approximately $ 150,000.00 in student loans. As stated, supra, I am an indigent Federal inmate incarcerated since 11/2012.`

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* **Check here if you attach another page.**☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☒ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is __Lisa A. Biron (Reg. # 12775-049)__ . My date of birth is : ▮▮▮▮▮

My address is __FCI Waseca, P.O. Box 1731, Waseca,__ __MN__ __56093__ __Waseca__
<br>Street _____ City _____ State _____ Zip Code _____ Country

► *Lisa Biron* signed on __02__ / __18__ / __19__ in __Waseca__ County, __Minnesota__
<br>Signature _____ Month/Day/Year _____ county name _____ State

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
<br>*Statement of Inability to Afford Payment of Court Costs*                    Page 2 of 2

FILED
TARRANT COUNTY

2019 FEB 25   AM 10: 16

THOMAS A. WILDER
DISTRICT CLERK

◇12775-049◇
Tarrant County District Ct
Thomas Wilder, Clerk
100 N Calhoun ST
FORT Worth, TX 76196
United States

Attn: Deputy Dist Clerk Trotter

Lisa Biron   12775-049

USA

# THOMAS A. WILDER, DISTRICT CLERK
## TARRANT COUNTY SERVICE REQUEST FORM

Cause No: 141 305850 19

Style of Case: Lisa Biron v. FMC Carswell Warden Jody Upton; FMC Carswell Psychologist Leticia A. Armstrong; FMC Carswell Psychologist E. Dixon

Please reference the District Clerk web page, www.tarrantcounty.com/DistrictClerk/Forms for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed. *For electronic service, service document will be e-mailed to you for you to attach documents and have party served.**

| x | **Check box if you would like the District Clerk's Office to make copies for your service. (add $.50 per page per pleading for copies for service)** |

Title of Pleading to be Served: Civil Complaint

Date Pleading Filed: 1/31/2019

Return to (e-Service ONLY):
(Name and e-mail address)

| Quantity | Type of Service | TC Constable | Alternative Service (Private Process or Out of County) | Certified Mail | *Electronic Service |
|---|---|---|---|---|---|
| | Citation by Publication | | | | |
| | Citation by Posting | | | | |
| 1 | Citation | | | x | |
| | TRO | | | | |
| | Show Cause | | | | |
| | Capias | | | | |
| | Arrest Warrant | | | | |
| | Protective Order | | | | |
| | Writ of Habeas | | | | |
| | Writ of Attachment | | | | |
| | Bench Warrant | | | | |
| | Writ of Garnishment | | | | |
| | Writ of Permanent Injunction | | | | |
| | Writ of Temporary Injunction | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Name of Party to be served: All c/o US Attorney Erin   Service Type: Certified Mail
Address for Service: Nealy Cox, 1100 Commerce St., 3rd   Party Type: Civil Defendants
Floor, Dallas Texas 75242
Name of Party to be served: _____   Service Type: _____
Address for Service: _____   Party Type: _____

**Attach additional pages if there are more parties to be served.**

**PERSON REQUESTING SERVICE:**
NAME: Lisa A. Biron (Reg. # 12775-049)
MAILING ADDRESS: FCI Waseca, P.O. Box 1731, Waseca, MN 56093
PHONE NO: (507) 835-8972   FAX NO.: N/A
EMAIL ADDRESS: N/A

Revised 06/04/2018

# THOMAS A. WILDER, DISTRICT CLERK
## TARRANT COUNTY SERVICE REQUEST FORM

Cause No: __141 305850 19__

Style of Case: Lisa Biron v. FMC Carswell Warden Jody Upton; FMC Carswell Psychologist Leticia A. Armstrong; FMC Carswell Psychologist E. Doxon

Please reference the District Clerk web page, **www.tarrantcounty.com/DistrictClerk/Forms** for the following forms: Abstracts, Executions, Subpoenas.

**Choose the type of service documents for issuance and select the type and quantity of issuance(s) needed.  *For electronic service, service document will be e-mailed to you for you to attach documents and have party served.**

| X | **Check box if you would like the District Clerk's Office to make copies for your service. (add $.50 per page per pleading for copies for service)** |

Title of Pleading to be Served: __Civil Complaint__

Date Pleading Filed: __1/31/2019__

Return to (e-Service ONLY): _____
                                 (Name and e-mail address)

| Quantity | Type of Service | TC Constable | Alternative Service (Private Process or Out of County) | Certified Mail | Electronic Service |
|---|---|---|---|---|---|
|  | Citation by Publication |  |  |  |  |
|  | Citation by Posting |  |  |  |  |
| 3 | Citation | x |  |  |  |
|  | TRO |  |  |  |  |
|  | Show Cause |  |  |  |  |
|  | Capias |  |  |  |  |
|  | Arrest Warrant |  |  |  |  |
|  | Protective Order |  |  |  |  |
|  | Writ of Habeas |  |  |  |  |
|  | Writ of Attachment |  |  |  |  |
|  | Bench Warrant |  |  |  |  |
|  | Writ of Garnishment |  |  |  |  |
|  | Writ of Permanent Injunction |  |  |  |  |
|  | Writ of Temporary Injunction |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Name of Party to be served: __Warden J. Upton__     Service Type: __Constable__
Address for Service: __FMC Carswell, Fort Worth, TX__   Party Type: __Civil Defendant__

Name of Party to be served: __Leticia Armstrong__     Service Type: __Constable__
Address for Service: __FMC Carswell, Fort Worth, TX__   Party Type: __Civil Defendant__

Name of Party: __E. Dixon__     Service Type: Constable
Address for Service: FMC Carswell, Fort Worth, TX   Party Type: Civil Defendant

**PERSON REQUESTING SERVICE:**
NAME: __Lisa A. Biron (Reg. # 12775-049)__
MAILING ADDRESS: __FCI Waseca, P.O. Box 1731, Waseca, MN 56093__
PHONE NO: __(507) 835-8972__                    FAX NO.: __N/A__
EMAIL ADDRESS: __N/A__

Revised 06/04/2018



# TARRANT COUNTY

THOMAS A. WILDER
DISTRICT CLERK

RE: 141-305850-19

**Date:** 02/27/2019

**To:** Lisa Biron

This office is unable to complete your request.  Please note that the District Clerk's office does not supply forms for the filing of Petitions.

Please give your attention to the following Marked Items:

☐ **Please do your research in the Law Library for the forms that you may need.**

☐ **This office does not give legal advice.  You will need to contact an attorney or refer to the Law Library.**

☐ **Please send money order/Cashier's check in the amount of $_____.**

☐ **Please specify the name and service address of defendant(s) to be served.**

☐ **Please file all papers on 8 ½ X 11 size paper (letter).**

**X Other:** In order for your citations to be produced we will need 4 copies of Original Complaint
provided or we can print copies at $.50 a page. (16pgs. x .50 = $8.00).
The paupers affidavit does not cover the cost of copies.

Respectfully,



Stacci L. Reynolds
141st Associate Court Clerk
Tarrant County District Clerk
100 N. Calhoun ST, 2nd Floor
Fort Worth, TX 76196
817-884-1198



**TARRANT COUNTY**
**THOMAS A. WILDER**
**DISTRICT CLERK - CIVIL**
100 N. CALHOUN ST., 2ND FLOOR
FORT WORTH, TEXAS 76196-0402

141ST

LISA BIRON
CID 12775-049
FCI WASECA
PO BOX 1731
WASECA MN 56093

Cause Number 141-305850-19

LISA BIRON                                      FEDERAL MEDICAL CENTER
                              VS                ("FMC"), ET AL

OFFICER'S RETURN

Received this  Citation By Certified Mail  on the 20th day of March, 2019  at 2:00 PM ; and executed at
US ATTORNEY 1100 COMMERCE ST 3RD FLR DALLAS TX 75242

within the county of _____ State of TX on the 26th day of March, 2019  by mailing to
the within named  ERIN NEALY COX  a true copy of this  Citation By Certified Mail
together with the accompanying copy of:
CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF

Authorized Person/Constable/Sheriff: Thomas A. Wilder
                                     100 N CALHOUN
                                     FORT WORTH TX 76196-0402
County of Tarrant, State of Texas

By _Stacci Reynolds_ Deputy
Fees $  75.00     STACCI REYNOLDS

(Must be verified if served outside the State of Texas)
State of _____ County of _____
Signed and sworn to by the said _____ before me this _____
to certify which witness my hand and seal of office

_____
County of Tarrant, State of Texas

---



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>A. Nowlin  03/26/19 |
| 1. Article Addressed to:<br><br>ERIN NEALY COX<br>C/O US ATTORNEY<br>1100 COMMERCE ST, 3RD FLR<br>DALLAS, TX 75242<br>141-305850-19 DP/LM/CM | D. Is delivery address different from Item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 4268 8121 6797 45 | 3. Service Type<br>☐ Adult Signature  ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery  ☐ Registered Mail™<br>☒ Certified Mail®  ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery  ☐ Return Receipt for Merchandise<br>☐ Collect on Delivery  ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery  ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |
| 2. Article Number (Transfer from service label)<br>7015 3430 0000 8630 5487 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

*14130585019000010*

THE STATE OF TEXAS      **ORIGINAL**
DISTRICT COURT, TARRANT COUNTY

---

### *CITATION*        *Cause No. 141-305850-19*

LISA BIRON
VS.
FEDERAL MEDICAL CENTER ("FMC"), ET AL

TO: ERIN NEALY COX

C/O US ATTORNEY 1100 COMMERCE ST 3RD FLR DALLAS, TX 75242-

You said DEFENDANT are hereby commanded to appear by filing a written answer to the CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 141st District Court in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

LISA BIRON

Filed in said Court on  January 31st, 2019 Against
FEDERAL MEDICAL CENTER ("FMC"), WARDEN JODY UPTON, LETICIA A ARMSTRONG, E DIXON, ERIN NEALY COX

For suit, said suit being numbered 141-305850-19 the nature of which demand is as shown on said
CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF  a copy of which accompanies this citation.

---

PRO SE
Attorney for LISA BIRON Phone No. -
Address     FCI WASECA PO BOX 1731 WASECA, MN 56093

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 20th day of March, 2019.

By _Lauren Melanson_ _____ Deputy
LAUREN MELANSON

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you.
Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

---

**OFFICER'S RETURN  *14130585019000010***

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by mailing to the within named _____

a true copy of this Citation together with the accompanying copy of CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND
DECLARATORY RELIEF  having first endorsed on same the date of delivery.

_____

Deputy/Constable/Sheriff: _____
County of _____ State of _____ By _____ Deputy
Fees $_____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, ____
to certify which witness my hand and seal of office
(Seal)                                        _____
County of _____, State of _____

7015 3430  0000  8630 5487

## CITATION

Cause No. 141-305850-19

**LISA BIRON**

VS.

**FEDERAL MEDICAL CENTER
("FMC"), ET AL**

### ISSUED

This 20th day of March, 2019

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By      LAUREN MELANSON Deputy

PRO SE
Name: LISA BIRON
-

Address: FCI WASECA
PO BOX 1731
WASECA, MN 56093

## CIVIL LAW



*14130585019000010*

**ORIGINAL**



7015 3430 0000 8630 5487

U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

Sent To
C/O US ATTORNEY
1100 COMMERCE ST, 3RD FLR
DALLAS, TX 75242
141-305850-19 DP/LM/CM

PS Form 3800

THOMAS A. WILDER
DISTRICT CLERK

2019 MAR 28  PM 4: 30

TARRANT COUNTY
FILED

THE STATE OF TEXAS      **ORIGINAL**
DISTRICT COURT, TARRANT COUNTY

## *CITATION*      *Cause No. 141-305850-19*

LISA BIRON

VS.

FEDERAL MEDICAL CENTER ("FMC"), ET AL

### TO: LETICIA A ARMSTRONG

FEDERAL MEDICAL CENTER CARSWELL FORT WORTH, TX

You said DEFENDANT are hereby commanded to appear by filing a written answer to the CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF at or before 10 o'clock A.M. of the Monday next after the expiration of 20 days after the date of service hereof before the 141st District Court ,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PLAINTIFF being

LISA BIRON

Filed in said Court on January 31st, 2019 Against
FEDERAL MEDICAL CENTER ("FMC"), WARDEN JODY UPTON, LETICIA A ARMSTRONG, E DIXON, ERIN NEALY COX

For suit, said suit being numbered 141-305850-19 the nature of which demand is as shown on said CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF  a copy of which accompanies this citation.

PRO SE
Attorney for LISA BIRON Phone No. -
Address     FCI WASECA PO BOX 1731 WASECA, MN 56093

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal of said Court, at office in the City of Fort Worth, this the 20th day of March, 2019.

By *Lauren Melanson*      Deputy
LAUREN MELANSON

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

### OFFICER'S RETURN  *14130585019000008*

Received this Citation on the 21 day of March 2019 at 1:22 o'clock A M; and executed at FMC J.S9.Bldg.3000 within the county of TARRANT , State of TX at 1230 o'clock P M on the 28 day of March 2019 by delivering to the within named (Def.): Leticia A. Armstrong by delivering defendant(s), a true copy of this Citation together with the accompanying copy of CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF, having first endorsed on same, the date of delivery. TO K. Inman Attorney At Address

Authorized Person/Constable/Sheriff:
County of _____ Constable Pct 4 By _____ Deputy
Tarrant County, Texas

Fees $ 75

State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal) _____
County of _____, State of _____

GAM

## CITATION

JOE D. JOHNSON

~~32U3300~~

~~SUPR~~~~ ~~~~PCT 4~~
TARRANT CITY TX

Cause No. 141-305850-19

2019 MAR 21  AM 11: 22

LISA BIRON

DATE SERVED __3 28 19__
TIME SERVED __1230__
SERVER __Mank__

VS.

FEDERAL MEDICAL CENTER
("FMC"), ET AL    *Leticia A. Armstrong*

ISSUED    Fmc Carswell, FPU TX

This 20th day of March, 2019

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By    LAUREN MELANSON Deputy

PRO SE
Name: LISA BIRON

Address: FCI WASECA
PO BOX 1731
WASECA, MN 56093

## CIVIL LAW

*14130585019000008*

ORIGINAL

| ATTEMPTS | | |
|---|---|---|
| DATE | TIME | COMMENTS |
| | | |
| | | |
| | | |
| | | |

THOMAS A. WILDER
DISTRICT CLERK

2019 APR -1  AM 10: 59

FILED
TARRANT COUNTY

THE STATE OF TEXAS        **ORIGINAL**
DISTRICT COURT, TARRANT COUNTY

## *CITATION*      *Cause No. 141-305850-19*

LISA BIRON

VS.

FEDERAL MEDICAL CENTER ("FMC"), ET AL

TO: E DIXON

FEDERAL MEDICAL CENTER CARSWELL FORT WORTH, TX

*THOMAS A. WILDER DISTRICT CLERK*
*2019 APR -1 AM 11:00*
*FILED TARRANT COUNTY*

You said DEFENDANT are hereby commanded to appear by filing a written answer to the CIVIL COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 141st District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

LISA BIRON

Filed in said Court on January 31st, 2019 Against
FEDERAL MEDICAL CENTER ("FMC"), WARDEN JODY UPTON, LETICIA A ARMSTRONG, E DIXON, ERIN NEALY COX

For suit, said suit being numbered 141-305850-19 the nature of which demand is as shown on said
CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF  a copy of which accompanies this citation.

PRO SE
Attorney for LISA BIRON Phone No. -
Address    FCI WASECA PO BOX 1731 WASECA, MN 56093

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 20th day of March, 2019.

By *Lauren Melansan* _____ Deputy
LAUREN MELANSON

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

**OFFICER'S RETURN  *14130585019000009***

Received this Citation on the 21 day of March 2019 at 11:12 o'clock A M; and executed at
FMC Tst Bldg 3000 within the county of Tarrant , State of TD at 1230 o'clock P M
on the 28 day of March 2019 by delivering to the within named (Def.): E Dixon by delivering to a
defendant(s), a true copy of this Citation together with the accompanying copy of CIVIL COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF, having first endorsed on same the date of delivery. K. Numan attorney at address

Authorized Person/Constable/Sheriff:
County of _____ State of _____ By _____ Deputy

Fees $ 75
State of _____ County of Constable Pct 4 (Must be verified if served outside the State of Texas)
Signed and sworn to by the said Tarrant County, Texas _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal) _____
County of _____, State of _____

Gim

## *CITATION*

JOE D. JOHNSON
CONSTABLE PCT 4
TARRANT CNTY TX

300350

Cause No. 141-305850-19

2019 MAR 21  AM 11: 22

LISA BIRON

DATE SER'VD___3 28 19
TIME SERVED___1230
SERVER___mauk

VS.

FEDERAL MEDICAL CENTER
("FMC"), ET AL  2. Dixin

ISSUED  Fmc , FTW TX

This 20th day of March, 2019

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By      LAUREN MELANSON Deputy

PRO SE
Name: LISA BIRON

Address: FCI WASECA
PO BOX 1731
WASECA, MN 56093

## *CIVIL LAW*

*1413058501900009*

ORIGINAL

| ATTEMPTS | | |
|---|---|---|
| DATE | TIME | COMMENTS |
| | | |
| | | |
| | | |
| | | |

DISTRICT CLERK
THOMAS A. WILDER
2019 APR -1  AM 11: 00
TARRANT COUNTY
FILED

THE STATE OF TEXAS                    **ORIGINAL**
DISTRICT COURT, TARRANT COUNTY

*CITATION*                    *Cause No. 141-305850-19*

LISA BIRON

VS.

FEDERAL MEDICAL CENTER ("FMC"), ET AL

TO: WARDEN JODY UPTON

FEDERAL MEDICAL CENTER CARSWELL FORT WORTH, TX

You said DEFENDANT are hereby commanded to appear by filing a written answer to the CIVIL COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 141st District Court
,100 N CALHOUN, in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas
said PLAINTIFF being

LISA BIRON

Filed in said Court on January 31st, 2019 Against
FEDERAL MEDICAL CENTER ("FMC"), WARDEN JODY UPTON, LETICIA A ARMSTRONG, E DIXON, ERIN NEALY COX

For suit, said suit being numbered 141-305850-19 the nature of which demand is as shown on said
CIVIL COMPLAINT FOR DAMAGES AND INJUNCTIVE AND DECLARATORY RELIEF  a copy of which accompanies this citation.

PRO SE
Attorney for LISA BIRON Phone No. -
Address    FCI WASECA PO BOX 1731 WASECA, MN 56093

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this the 20th day of March, 2019.

By _Lauren Melanson_ Deputy

LAUREN MELANSON

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the
clerk who issued this citation by 10:00 AM. on the Monday next following the expiration of twenty days after you were
served this citation and petition, a default judgment may be taken against you.

Thomas A. Wilder, Tarrant County District Clerk, 100 N CALHOUN, FORT WORTH TX 76196-0402

OFFICER'S RETURN  *14130585019000007*

Received this Citation on the 21 day of March 2019 at 1108 o'clock A M; and executed at
FMC J.ST Bld 3000 within the county of Tarrant , State of TX at 1230 o'clock P M
on the 28 day of March 2019 by delivering to the within named (Def.) Warden Jody Upton by document
defendant(s), a true copy of this Citation together with the accompanying copy of CIVIL COMPLAINT FOR DAMAGES AND
INJUNCTIVE AND DECLARATORY RELIEF, having first endorsed on same the date of delivery. To Kinmen Attorney at address

Authorized Person/Constable/Sheriff:
County of _____
Fees $ 75
State of _____ County of _____
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of Tarrant County, Texas
(Seal)

Constable Pct 4
Tarrant County, Texas

By _____ Deputy

County of _____, State of _____

Gam

## CITATION

300330

Cause No. 141-305850-19

LISA BIRON

VS.
Warden Jody Upton
FEDERAL MEDICAL CENTER
("FMC"), ET AL

ISSUED

This 20th day of March, 2019

Thomas A. Wilder
Tarrant County District Clerk
100 N CALHOUN
FORT WORTH TX 76196-0402

By      LAUREN MELANSON Deputy

PRO SE
Name: LISA BIRON

Address: FCI WASECA
         PO BOX 1731
         WASECA, MN 56093

## CIVIL LAW

JOE D. JOHNSON
CONSTABLE PCT 4
TARRANT CNTY TX

2019 MAR 21  AM 11: 08

DATE SERVED 3-20-19
TIME SERVED 1230
SERVER ___ Frank

*14130585019000007*
K. Jones

ORIGINAL

| ATTEMPTS | | |
|---|---|---|
| DATE | TIME | COMMENTS |
| | | |
| | | |
| | | |
| | | |
| | | |

FILED
TARRANT COUNTY
2019 APR -1  AM 11: 00
THOMAS A. WILDER
DISTRICT CLERK

## NOTICE OF RELATED CASES

This case involves claims by Lisa Biron, a federal inmate, that her civil rights were violated by prison officials in connection with the confiscation of a manuscript written by Biron on her "study and research on the Christian view of morality regarding sexual conduct." As background, Biron is imprisoned due to her conviction on various federal sex offenses, and while imprisoned she has filed other lawsuits in which she has challenged restrictions imposed on her by prison officials relating to her sex offender status. These other cases involved some of the same parties but did not involve precisely the same claims as in the instant case (instead, they involved restrictions on Biron's ability to contact the victim of her sex offenses), and notice of these cases is provided in the event that they should be deemed related to the instant case. The other cases are:

- Civil Action No. 4:14-CV-772-O, *Lisa A. Biron v. Warden Jody Upton*, assigned to Judge O'Connor—habeas corpus petition in which Biron challenged a prison disciplinary conviction for attempting to contact the victim of her sex offenses (closed)

- Civil Action No. 4:14-CV-823-O, *Lisa A. Biron v. Jody R. Upton*, transferred from the District of Connecticut, assigned to Judge O'Connor, then consolidated with Civil Action No. 4:14-CV-772-O—habeas corpus petition with similar claims (closed)

- Civil Action No. 4:15-CV-205-O, *Lisa A. Biron v. Jody Upton, Lauren Cimperman, FNU Wenger, FNU Kingsley, FNU Valle, W. L. Smithers, E. Smith-Branton*, originally assigned to Judge McBryde but then transferred to Judge O'Connor as related to the above-referenced cases—civil rights claims against prison officials relating to prison officials' attempts to prevent Biron from contacting the victim of her sex offenses (pending)

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

**Stoltz, Brian (USATXN)**

2019 APR 23 PM 3: 06

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Monday, April 22, 2019 9:41 AM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 4:19-cv-00322-A Biron v. Upton et al Notice of Removal |

DEPUTY CLERK

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

## U.S. District Court

### Northern District of Texas

**Notice of Electronic Filing**

The following transaction was entered by Stoltz-DOJ, Brian on 4/22/2019 at 9:40 AM CDT and filed on 4/22/2019

| | |
|---|---|
| **Case Name:** | Biron v. Upton et al |
| **Case Number:** | 4:19-cv-00322-A |
| **Filer:** | E. Dixon |
| | Leticia Armstrong |
| | Jody Upton |
| **Document Number:** | 1 |
| **Judge Assigned:** | John McBryde (presiding) |

**Docket Text:**
**NOTICE OF REMOVAL from 141st District Court, Tarrant County, case number 141-305850-19 filed by E. Dixon, Leticia Armstrong, Jody Upton. (Filer fee note- Filed by the USA) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding**

1

**judge. (Attachments: # (1) Cover Sheet, # (2) Cover Sheet Supplement, # (3) Index of State Court Records, # (4) State Court Docket, # (5) Complaint, # (6) Cover Letter, # (7) Letter re Ability to Pay, # (8) Affidavit of Inability to Pay, # (9) Service Request Form, # (10) Service Request Form, # (11) Clerk's Letter, # (12) Officer's Return, # (13) Officer's Return, # (14) Officer's Return, # (15) Officer's Return, # (16) Notice of Related Cases) (Stoltz-DOJ, Brian)**

**4:19-cv-00322-A Notice has been electronically mailed to:**

Brian Walters Stoltz-DOJ    brian.stoltz@usdoj.gov, CaseView.ECF@usdoj.gov, scott.hogan@usdoj.gov

**4:19-cv-00322-A The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

Lisa A Biron
#12775-049
BOP Waseca FCI
PO Box 1731
Waseca, MN 56093

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-0] [68b3b8aef92d54bdae84bfaa8bcf4b1002ccc793b7191775140ec393a23c6bcac2
6bee6fce65bd9c34e91d3b9fe9462a9bcfe29fe9f260630961ce102c44d3b3]]
**Document description:**Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-1] [59b62b92340867b7913df51e531143376f3c19c4f298636bf351d6bd7804b2f720
5169f4774eac7586e2a47c228f3153eb81cb79fc8d3cf0135e06fe5ea9c2c6]]
**Document description:**Cover Sheet Supplement
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-2] [63b8106ba3b8d5f67c1b81ed9c45cda9199dabbe5980a71aa31ef9dddfa34549d6
9e9851da98f0f2789f0774f21bfe19b5715e21b408e14ea9e850804e5e0f79]]
**Document description:** Index of State Court Records
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-3] [c54ec388b6fd89a4eace5ce40427f404873dca0d83d9c176672a3942dbf3c1939b
87db30c3d5e0d8cf24bf4ebaad17cefe301715ed2189e77a74ad64c44e523e]]
**Document description:** State Court Docket
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-

4] [0daa23020e520e7cec52645be85d58014e315fa320b72826b308b300f728299a5c
f3b6fa21e42a7cd1097c45ea51a50e5ed814d886c261d24788efb1d2d33d1b]]
**Document description:** Complaint
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-
5] [082382d3dfe1ae01c485d576344d346a22c511af93ecff4fcf510c7559c927b4b4
ddee9819488746a9845c755b0e0df18773f5700d01ffa595d920ca7d8f0c6c]]
**Document description:** Cover Letter
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-
6] [86e97fb278aaf5dcdabbe9f3350ad34c21b48af3503f7d70446df9cc72f075f69f
103f65dc7a39c3a5e48da51872bde161013b14d21fb24a931ceb6b6f959be3]]
**Document description:** Letter re Ability to Pay
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-
7] [eec580b0825fea3bb5ed89a12111099e0b5b8500c1dc02859fb632a20065b1753f
1b3f7ba019c97c5a3f42ae985db0ce5692c96575ee5e74bc1a3e16f1d8fd1f]]
**Document description:** Affidavit of Inability to Pay
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-
8] [a83bb84a5cff53ef448c6f40650e6b8179a42d748ffe60ba8ce7ac5080def8376d
04b815a127ff28c56e7ca66ba2ea1dd1d3f1c164ea67ac08e1b7a3cb29abfd]]
**Document description:** Service Request Form
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-
9] [57423d8f8de957ecdba632a81a9400a0abbfde4f8a3c71af803452a27d42b62fc8
15a0f7f1452643fad4cdfdfefd9c1e7f6a136754da08a17e0dbd8874c13d23]]
**Document description:** Service Request Form
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-
10] [6997f7e60cba6f2c43e3ac872190ea06cec1b22cfb5c5b81e178cbecf3b04b548
9a525e889a1682510a1ea9d78f42ec98d140069979f445d29879352ced374d6]]
**Document description:** Clerk's Letter
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-
11] [1f20dcfa7265935c9f7315cf8329a70512f199c7daed4cc2c4da2c8fc7c88b5f9
53e88b9c70eb593b64f9084f2e891a3768349eb2c98301254ec1dc1183ac36a]]
**Document description:** Officer's Return
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-
12] [c5d25094a96af3f6a6eb127ea13fccbb4f7beefb2b842771779116f67db60ca09
0c3c64aee66c48c51b2d1fb7a7f929976511b2616e5b7832777ba5039076662]]
**Document description:** Officer's Return

**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-13] [5e2afcc13a0e6036e2056b1a0e57eb82d44758ca5853bf9bbb0570469a6e72df2 5a021dd100b34126699212f3d2d3f5ebd6297300b4a0fd3658b929913c2b958]]
**Document description:** Officer's Return
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-14] [6846234a8ea95b8ba7b9b6a715b39a5a4af8580081b773af3c30154c30158ab04 bd3d0dbd2d425a79dd63e8c98bf792e18dba5d105ac44c0e4918dc97a4c5534]]
**Document description:** Officer's Return
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-15] [2e42a737e641aeea2af5930044cdc68e3f5248f7f81192190085045fc51a3afa3 eb09721dfd7fdd9e9404d20c8082485c2fcbf1e62fd22708eec25f914abe531]]
**Document description:** Notice of Related Cases
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476178-16] [d311bf30e3372ad687766cb5cfc692bfc767eee20ed781563f8549af3a916f80c 054aabf002d85381ea555848cfb143dacc70ce76f00e2b8b18d150773b0cd0c]]