**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2019 APR 23 PM 3:07
DEPUTY CLERK

| | |
|---|---|
| LISA BIRON,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL MEDICAL CENTER ("FMC") CARSWELL WARDEN JODY UPTON; FMC CARSWELL PSYCHOLOGIST LETICIA A. ARMSTRONG; FMC CARSWELL PSYCHOLOGIST E. DIXON,<br><br>    Defendants. | Civil Action No. 4:19-CV-322-A |

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of April, 2019, copies of the following documents have been served on plaintiff Lisa Biron by certified mail (#7018 2290 0001 4480 3676) addressed to Lisa Biron (#12775-049), FCI Waseca, P.O. Box 1731, Waseca, MN 56093:

1. Notice of Removal (with attachments)

2. Certificate of Interested Persons

3. Supplement to Notice of Removal

4. this certificate of service

Respectfully submitted,

ERIN NEALY COX
United States Attorney

*Brian W. Stoltz*
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:  214-659-8626
Facsimile:   214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants

## Stoltz, Brian (USATXN)

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Monday, April 22, 2019 11:08 AM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 4:19-cv-00322-A Biron v. Upton et al Certificate of Service |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

### U.S. District Court

### Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered by Stoltz-DOJ, Brian on 4/22/2019 at 11:07 AM CDT and filed on 4/22/2019

| | |
|---|---|
| **Case Name:** | Biron v. Upton et al |
| **Case Number:** | 4:19-cv-00322-A |
| **Filer:** | Leticia Armstrong |
| | E. Dixon |
| | Jody Upton |
| **Document Number:** | 4 |

**Docket Text:**
**CERTIFICATE OF SERVICE by Leticia Armstrong, E. Dixon, Jody Upton (Stoltz-DOJ, Brian)**

**4:19-cv-00322-A Notice has been electronically mailed to:**

Brian Walters Stoltz-DOJ    brian.stoltz@usdoj.gov, CaseView.ECF@usdoj.gov, scott.hogan@usdoj.gov

**4:19-cv-00322-A The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

1

Lisa A Biron
#12775-049
BOP Waseca FCI
PO Box 1731
Waseca, MN 56093

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476517-0] [ba4dddc77794c814c1c7bae8b41e851b0af8c0138bb4684befc3364d920b8654ed 780ddb714e3034b06d0be8d38dfe6e78f5d87e82aba9725bf1820d89ea9ccc]]