**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED
2019 APR 23 PM 3:07

DEPUTY CLERK

| | |
|---|---|
| LISA BIRON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL MEDICAL CENTER ("FMC") CARSWELL WARDEN JODY UPTON; FMC CARSWELL PSYCHOLOGIST LETICIA A. ARMSTRONG; FMC CARSWELL PSYCHOLOGIST E. DIXON,<br><br>Defendants. | Civil Action No. 4:19-CV-322-A |

### CERTIFICATE OF INTERESTED PERSONS

This is to certify that other than the parties to this case, the undersigned counsel for defendants is currently unaware of any person, organization, or other legal entity with a financial interest in the outcome of this case.

Respectfully submitted,

ERIN NEALY COX
United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8626
Facsimile:    214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants

**Stoltz, Brian (USATXN)**

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Monday, April 22, 2019 9:53 AM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 4:19-cv-00322-A Biron v. Upton et al Cert. Of Interested Persons/Disclosure Statement |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

## U.S. District Court

## Northern District of Texas

## Notice of Electronic Filing

The following transaction was entered by Stoltz-DOJ, Brian on 4/22/2019 at 9:53 AM CDT and filed on 4/22/2019

| | |
|---|---|
| **Case Name:** | Biron v. Upton et al |
| **Case Number:** | 4:19-cv-00322-A |
| **Filer:** | Leticia Armstrong |
| | E. Dixon |
| | Jody Upton |
| **Document Number:** | 2 |

**Docket Text:**
**CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Leticia Armstrong, E. Dixon, Jody Upton. (Stoltz-DOJ, Brian)**


4:19-cv-00322-A Notice has been electronically mailed to:

Brian Walters Stoltz-DOJ    brian.stoltz@usdoj.gov, CaseView.ECF@usdoj.gov, scott.hogan@usdoj.gov

**4:19-cv-00322-A The CM/ECF system has NOT delivered notice electronically to the names listed below.**

1

**The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal rules.**

Lisa A Biron
#12775-049
BOP Waseca FCI
PO Box 1731
Waseca, MN 56093

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476232-0] [0c5996ceae6529b4a8b99a85b543f8d3f03dbc66b2e7f0d73eacf9f745fac46bf9c95631f4285c164c524767d6eec66c62b8ef9327177eabc5cdf322907a81f7]]