ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 APR 23  PM 3: 07

DEPUTY CLERK_____

| | |
|---|---|
| LISA BIRON,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL MEDICAL CENTER ("FMC") CARSWELL WARDEN JODY UPTON; FMC CARSWELL PSYCHOLOGIST LETICIA A. ARMSTRONG; FMC CARSWELL PSYCHOLOGIST E. DIXON,<br><br>Defendants. | Civil Action No. 4:19-CV-322-A |

## SUPPLEMENT TO NOTICE OF REMOVAL

The defendants file this supplement to their notice of removal to correct a mistaken reference in the notice of removal to the cause number assigned to the case in state court. The case removed to this Court was assigned Cause Number 141-305850-19 in the 141st District Court in and for Tarrant County, Texas (not Cause Number 141-30580-19 as stated on page 1 of the notice of removal). The correct number—Cause Number 141-305850-19—appears on the copy of the state-court docket attached to the notice of removal, as well as on the various other documents from the state court proceeding attached to the notice of removal.

Supplement to Notice of Removal – Page 1

Respectfully submitted,

ERIN NEALY COX
United States Attorney

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8626
Facsimile: 214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants

**Stoltz, Brian (USATXN)**

| | |
|---|---|
| **From:** | ecf_txnd@txnd.uscourts.gov |
| **Sent:** | Monday, April 22, 2019 10:02 AM |
| **To:** | Courtmail@txnd.uscourts.gov |
| **Subject:** | Activity in Case 4:19-cv-00322-A Biron v. Upton et al Supplemental Document |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge.

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered by Stoltz-DOJ, Brian on 4/22/2019 at 10:02 AM CDT and filed on 4/22/2019

| | |
|---|---|
| **Case Name:** | Biron v. Upton et al |
| **Case Number:** | 4:19-cv-00322-A |
| **Filer:** | Leticia Armstrong |
| | E. Dixon |
| | Jody Upton |

**Document Number:** 3

**Docket Text:**
**Supplemental Document by Leticia Armstrong, E. Dixon, Jody Upton as to [1] Notice of Removal,,,,, *(Supplement to Notice of Removal)*. (Stoltz-DOJ, Brian)**

**4:19-cv-00322-A Notice has been electronically mailed to:**

Brian Walters Stoltz-DOJ    brian.stoltz@usdoj.gov, CaseView.ECF@usdoj.gov, scott.hogan@usdoj.gov

**4:19-cv-00322-A The CM/ECF system has NOT delivered notice electronically to the names listed below. The clerk's office will only serve notice of court Orders and Judgments by mail as required by the federal**

**rules.**

Lisa A Biron
#12775-049
BOP Waseca FCI
PO Box 1731
Waseca, MN 56093

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=4/22/2019] [FileNumber=11476263-0] [d96c8584b9832b32b6095d8a95dc3138726165e5c53dd1b658496d7e247b3e7e89c8d39cd407c13d2ea06c4fb0f3e556bac2726ca15ac0190e81db861ca9f59e]]

2