# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
FILED

2019 APR 23  PM 3: 08

DEPUTY CLERK_____

|  |  |
|---|---|
| LISA BIRON,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL MEDICAL CENTER ("FMC")<br>CARSWELL WARDEN JODY UPTON;<br>FMC CARSWELL PSYCHOLOGIST<br>LETICIA A. ARMSTRONG; FMC<br>CARSWELL PSYCHOLOGIST E. DIXON,<br><br>  Defendants. | Civil Action No. 4:19-CV-322-A |

## CERTIFICATE OF SERVICE FOR DOCUMENTS WITH ORIGINAL SIGNATURES

This is to certify that on this 23rd day of April, 2019, copies of the following documents have been served on plaintiff Lisa Biron by certified mail (#7018 2290 0001 4480 3690) addressed to Lisa Biron (#12775-049), FCI Waseca, P.O. Box 1731, Waseca, MN 56093:

1. Notice of Removal (with attachments) (version of document with original signature)

2. Certificate of Interested Persons (version of document with original signature)

3. Supplement to Notice of Removal (version of document with original signature)

4. Certificate of Service (from April 22, 2019) (version of document with original signature)

5. this certificate of service

Certificate of Service for Documents with Original Signatures – Page 1

In addition, a copy of the Court's standing order has separately been served on Biron by certified mail, return receipt requested (#7018 2290 0001 4480 3706), in compliance with paragraph 3 of the standing order.

                    Respectfully submitted,

                    ERIN NEALY COX
                    United States Attorney

                    /s/ Brian W. Stoltz
                    Brian W. Stoltz
                    Assistant United States Attorney
                    Texas Bar No. 24060668
                    1100 Commerce Street, Third Floor
                    Dallas, Texas 75242-1699
                    Telephone:  214-659-8626
                    Facsimile:   214-659-8807
                    brian.stoltz@usdoj.gov

                    Attorneys for Defendants