

IN THE UNITEDS STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
NORTHERN DISTRICT OF TEXAS
         FILED
     MAY 1 3 2019
CLERK, U.S. DISTRICT COURT
By_____
            Deputy
```

Lisa Biron,
   Plaintiff

v.                                   Civil Action N. 4:19-CV-322 -A

Warden Jody Upton, et al.,
   Defendants

## Motion for Extension of Time to File Response to Defendants' Motion to Dismiss

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff requests an extension of time to respond to Defendants' Motion to Dismiss. She requests thirty (30) days from the date of this Court's ruling on her Motion to Strike Under Rule 12(f) (filed with this Motion) to file her response/amended complaint.

This request is supported by good cause.

1. In general, as an inmate, legal research and the preparation of documents requires substantially more time because of prison limitations.

2. More specifically, Plaintiff requires a ruling on her Motion to Strike to inform her on how to proceed in this case.

3. Ms. Biron has not conferred with opposing counsel regarding this Motion as she is confined.

                                        Respectfully submitted

5/7/19                                  Lisa Biron
Date                                    Lisa Biron
                                        FCI Waseca
                                        P.O. Box 1731
                                        Waseca, MN 56093

1


## Certification of Service

I hereby certify that a copy of the foregoing Motion was mailed to AUSA Brian Stoltz on this date.

5/7/19
Date

Lisa Biron

