

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA BIRON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-322-A |
| | § | |
| FEDERAL MEDICAL CENTER ("FMC") | § | |
| CARSWELL WARDEN JODY UPTON, | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Came on for consideration the motion of plaintiff, Lisa Biron, to strike under Rule 12(f) mention in the pending motion of defendants, Warden Jody Upton, Leticia Armstrong, and E. Dixon, to dismiss of other court cases involving plaintiff, including her underlying criminal case. Plaintiff has also filed a motion for extension of time in which to file her response to the motion to dismiss so that she will be able to consider the court's ruling on her motion to strike in preparing her response to the motion to dismiss. The court finds that the motions should be denied. As the motion to dismiss recites, the court may take judicial notice of plaintiff's other court cases. The matters to which plaintiff refers are not the type of materials described in Rule 12(f); rather, they are pertinent and material to plaintiff's claims in this action.

The court ORDERS that plaintiff's motion to strike be, and is hereby, denied.

The court further ORDERS that plaintiff's motion for extension of time be, and is hereby, denied.

SIGNED May 14, 2019.

_____
JOHN MCBRYDE
United States District Judge

2