IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA BIRON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:19-CV-322-A |
| | § | |
| FEDERAL MEDICAL CENTER ("FMC") | § | |
| CARSWELL WARDEN JODY UPTON, | § | |
| ET AL., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Having received and reviewed the motion filed by defendants on June 12, 2019 to modify the scheduling order, the court has determined that the motion should be granted and accordingly ORDERS that:

The deadline in paragraph 2 of the court's Order Setting Schedule and Providing Special Pretrial Instructions is modified such that any motion for summary judgment must be filed within 30 days of the Court's ruling on the defendants' pending motion to dismiss plaintiff's first amended complaint. All other deadlines and instructions in the Order Setting Schedule and Providing Special Pretrial Instructions remain in effect.

SIGNED _June 12_, 2019.

JOHN McBRYDE
United States District Judge