

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 4 2019
CLERK, U.S. DISTRICT COURT
By_____
        Deputy

Lisa Biron,
    Plaintiff

v.

Warden Jody Upton, et al
    Defendants

Civil Action No. 4:19-CV-322

Motion for Extension of Time to File Opposition

On June 13, 2019 at 3:00 p.m., Ms. Biron received the Defendants' Motion to Dismiss. The motion was mailed certified to Ms. Biron on June 3, 2019 as certified by the Defendants. It took the mail ten (10) days to arrive at its destination. Ms. Biron understands her deadline to file her Opposition is June 24, 2019. She asks for the Court to extend this deadline by ten (10) days.

In addition, the law library at FCI Waseca is short-staffed and has been closed often. Further, the inmate copy machine is broken and all copies have to be made by staff which is difficult.

Ms. Biron has enclosed proof from USPS.com of the late delivery of Defendants' motion, which appears to be the fault of the U.S. Mail.

Justice will be served by extending Ms. Biron's deadline to file her opposition.

Respectfully submitted

6/19/19
Date

Lisa Biron
Lisa Biron
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

## Certificate of Service

I certifiy that a copy of this motion was mailed this date to AUSA Brian Stoltz.

6/19/19
Date

*Lisa Biron*
Lisa Biron

## Verification of Time of Mailing

I hereby swear, under penalty of perjury, that this motion was placed in the inmate mail postage paid on this date.

*Lisa Biron*
Lisa Biron

**Tracking Number: 70182290000144803805**

Your item arrived at our USPS facility in MINNEAPOLIS MN DISTRIBUTION CENTER on June 12, 2019 at 2:16 pm. The item is currently in transit to the destination.

**Status**

# In-Transit

June 12, 2019 at 2:16 pm

ARRIVED AT USPS REGIONAL FACILITY

MINNEAPOLIS MN DISTRIBUTION CENTER

Get Updates
In-Transit

Tracking History

**June 12, 2019, 2:16 pm**
Arrived at USPS Regional Facility
MINNEAPOLIS MN DISTRIBUTION CENTER
Your item arrived at our USPS facility in MINNEAPOLIS MN DISTRIBUTION CENTER on June 12, 2019 at 2:16 pm. The item is currently in transit to the destination.

**June 12, 2019**
In Transit to Next Facility

**June 10, 2019, 2:40 pm**
Departed USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

**June 8, 2019, 2:48 pm**
Arrived at USPS Regional Facility
COPPELL TX DISTRIBUTION CENTER

**June 4, 2019, 7:14 am**
Arrived at USPS Facility
NAVAL AIR STATION JRB, TX 76127

**June 4, 2019, 6:08 am**
Arrived at USPS Facility
FORT WORTH, TX 76135

**June 4, 2019, 5:52 am**
Departed USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

**June 4, 2019, 1:14 am**
Arrived at USPS Regional Facility
FORT WORTH TX DISTRIBUTION CENTER

Lisa Biron  12775-049
Federal Correctional Institution Unit D
P.O. Box 1731
[illegible], MN 55[illegible]

MINNEAPOLIS MN 554

21 JUN 2019 PM 9 L



2019 JUN 24 PM 1:57
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TX
FORT WORTH DIVISION
RECEIVED

DEPUTY CLERK _____

⇔12775-049⇔
Us District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States