```
                                          U.S. DISTRICT COURT
                                       NORTHERN DISTRICT OF TEXAS
                                                FILED

         IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF TEXAS       JUN 25 2019
                  FORT WORTH DIVISION

                                       CLERK, U.S. DISTRICT COURT
                                         By_____
                                                  Deputy
```

LISA BIRON,                          §
                                     §
         Plaintiff,                  §
                                     §
VS.                                  §   NO. 4:19-CV-322-A
                                     §
FEDERAL MEDICAL CENTER ("FMC")       §
CARSWELL WARDEN JODY UPTON,          §
ET AL.,                              §
                                     §
         Defendants.                 §

## ORDER

Came on for consideration the motion of plaintiff, Lisa Biron, for extension of time to file opposition to the pending motion to dismiss first amended complaint. The court finds that the motion should be granted.

The court ORDERS that plaintiff's motion for extension be, and is hereby, granted, and plaintiff be, and is hereby, granted an extension of time until July 5, 2019, in which to file her response to the motion to dismiss.

SIGNED June 25, 2019.

_____
JOHN McBRYDE
United States District Judge