IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 2 3 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| LISA BIRON, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:19-CV-322-A |
| § | |
| FEDERAL MEDICAL CENTER ("FMC") § | |
| CARSWELL WARDEN JODY UPTON, § | |
| ET AL., § | |
| § | |
| Defendants. § | |

FINAL JUDGMENT

Consistent with the court's memorandum opinion and order signed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Lisa Biron, against defendants, Federal Medical Center Carswell Warden Jody Upton, FMC Carswell Psychologist Leticia A. Armstrong, and FMC Carswell Psychologist E. Dixon, be, and are hereby, dismissed.

SIGNED July 23, 2019.

_____
JOHN McBRYDE
United States District Judge