UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 29 2019
3:05pm
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| Lisa A. Biron, <br>     Plaintiff <br><br> v. <br><br> Federal Medical Center ("FMC") <br> Carswell Warden Jody Upton; <br> FMC Carswell Psychologist <br> Leticia A. Armstrong; FMC <br> Carswell Psychologist E. Dixon, <br>     Defendants | Civil Action No. 4:19-CV-322—A |

## Notice of Appeal

Notice is hereby given that Lisa A. Biron plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 23rd day of July, 2019.

July 25, 2019
Date

Lisa A. Biron
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

Lisa Bren  reg# 12775-049
Federal Correctional Institution Unit D
P.O. Box 1731

MINNEAPOLIS MN 554
26 JUL 2019 PM 6 L

⇔12775-049⇔
Us District Court
Clerk of Court
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

2019 JUL 29 PM 3:05
DEPUTY CLERK