UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

Lisa A. Biron, )
    Plaintiff )
)
v. )   Case No. 4:19-cv-322 — A
)
FMC Carswell Warden Jody Upton, )
et al., )
    Defendants )

## Motion to Proceed In Forma Pauperis

Ms. Biron requests the Court to allow her to appeal in forma pauperis. Ms. Biron is an indigent inmate who is unable to pay in advance the filing fee for said appeal or to give security for the filing fee and she has several issues of merit to bring in an appeal.

Two of these issues are matters of first impression in this Circuit, and are matters of exceptional importance. Specifically, the matter of extending a <u>Bivens</u> remedy in inmate cases should be addressed by the Circuit Court, and the availability of individual capacity damages under RFRA needs to be addressed as well.

Wherefore, Ms. Biron respectfully requests this Honorable Court grant her IFP statuts.

Respectfully submitted,

8/7/2019
Date

Lisa Biron # 12775-049
FCI Waseca
P.O. Box 1731
Waseca, MN 56093

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____Fort Worth_____ DIVISION

FILED
AUG 1 2 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By _____ Deputy

__Lisa A. Biron  (Reg. # 12775-049)__
Plaintiff's Name and ID Number

__FCI Waseca, MN__
Place of Confinement

v.

__Jody R. Upton, et al.__
Defendant's Name and Address

CASE NO. __4:19-cv-00322-A__
(Clerk will assign the number)

APPLICATION TO PROCEED IN FORMA PAUPERIS

I, __Lisa A. Biron__, declare, depose, and say that I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I further declare that the responses which I have made to questions and instructions below are true.

1. Have you received, within the past 12 months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
   d. Gifts or inheritances?  ☐ Yes  ☒ No
   e. Family or friends?  ☒ Yes  ☐ No
   f. Any other sources? (.12/hour prison job)  ☒ Yes  ☐ No

   If you answered YES to any of the questions above describe each source of money and state the amount received from each during the past 12 months.
   I earn approximately $ 15.00 per month at my prison orderly job.
   My family gives me approximately $ 130.00 per month.

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?    ☐ Yes   ☒ No

   If you answered YES, state the total value of the items owned.

   N/A

1

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

☐ Yes   ☒ No

If you answered **YES**, describe the property and state its approximate value.

N/A

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury. I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. § 1746).

Signed this ____7th____ day of __August__, 20_19_.

_____   (Reg. # 12775-049)
Signature of Plaintiff              ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT (OR OTHER DESIGNATED LOCATION AT YOUR INSTITUTION).**

# CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the __FCI Waseca__
(name of institution)
where __Lisa A. Biron__, Inmate ID No. __12775-049__, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this day the prisoner has in his account the sum of $ __82.13__.

(2) During the past six months, the prisoner's:

Average monthly balance was $ __52.11__.

Average monthly deposits to the prisoner's account were $ __201.90__.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Signed this __5__ day of __August__, 20__19__.

_____
Authorized Officer

__FCI Waseca__
Institution of Confinement

## Authorization

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the court any initial partial filing fee or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

_____
Signature of Prisoner/Plaintiff/Appellant
Inmate ID No. Reg. # 12775-049

3

Date: 08/05/2019
Time: 12:14:36 PM

Facility: WAS

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Start Date: 10/01/2018
End Date: 09/30/2019
Inmate Reg#: 12775049
Account Status: All
Institution: All

## General Information

Inmate Reg#: 12775049
Inmate Name: BIRON, LISA
Current Site Name: Waseca FCI
Housing Unit: WAS-D-A

Living Quarter: D01-013L
Arrived From: OKL
Transferred To:
Account Creation Date: 5/30/2013

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 10/01/2018 06:04:43 PM | 33318274 | | | Pre-Release Transaction | | | |
| WAS | 10/01/2018 06:04:43 PM | 33318274 | | | Western Union | $130.00 | ($13.00) | $199.07 |
| WAS | 10/04/2018 12:03:55 PM | 104 | | | Sales | ($82.55) | | $116.52 |
| WAS | 10/04/2018 12:42:04 PM | UIPP0918 | | | Payroll - IPP | $8.82 | | $125.34 |
| WAS | 10/04/2018 12:42:04 PM | UIPP0918 | | | Pre-Release Transaction | | ($0.88) | $132.30 |
| WAS | 10/04/2018 12:42:04 PM | UIPP0918 | | | Payroll - IPP | $6.96 | | |
| WAS | 10/11/2018 09:30:42 AM | 130 | | | Pre-Release Transaction | | ($0.69) | |
| WAS | 10/11/2018 12:08:41 PM | 100 | | | SPO | | ($18.90) | |
| WAS | 10/14/2018 05:01:16 PM | TFN1014 | | | Sales | ($73.70) | | $58.60 |
| WAS | 10/16/2018 10:14:07 AM | TL102018 | | | Phone Withdrawal | ($5.00) | $14.57 | $53.60 |
| WAS | 10/23/2018 11:47:53 AM | 42 | | | Pre-Release Transaction | | | |
| WAS | 10/23/2018 07:51:44 PM | TFN1023 | | | Sales | ($17.60) | | $36.00 |
| WAS | 10/30/2018 12:03:09 PM | 47 | | | Phone Withdrawal | ($5.00) | | $31.00 |
| WAS | 10/30/2018 12:05:44 PM | 42 | | | Sales | ($11.60) | | $19.40 |
| WAS | | | | | Sales | ($0.05) | | $19.35 |

Page 1

Date: 08/05/2019
Time: 12:14:36 PM

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: WAS

### General Information

| Inmate Reg #: | 12775049 | Living Quarter: | D01-013L |
|---|---|---|---|
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-D-A | Account Creation Date: | 5/30/2013 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 10/31/2018 11:51:47 AM | 130 | | | SPO - Released | | $18.90 | $0.45 |
| WAS | 10/31/2018 11:51:47 AM | 52 | | | Sales | ($18.90) | | $0.45 |
| WAS | 10/31/2018 01:04:04 PM | 33318304 | | | Western Union | $130.00 | | $130.45 |
| WAS | 10/31/2018 01:04:04 PM | 33318304 | | | Pre-Release Transaction | | ($13.00) | $130.45 |
| WAS | 10/31/2018 03:09:24 PM | TFN1031 | | | Phone Withdrawal | ($20.00) | | $110.45 |
| WAS | 11/01/2018 09:34:15 AM | TL1101 | | | TRUL Withdrawal | ($10.00) | | $100.45 |
| WAS | 11/06/2018 11:59:58 AM | 58 | | | Sales | ($61.05) | | $39.40 |
| WAS | 11/07/2018 01:18:42 PM | UIPP1018 | | | Payroll - IPP | $9.66 | | $49.06 |
| WAS | 11/07/2018 01:18:42 PM | UIPP1018 | | | Pre-Release Transaction | | ($0.96) | $49.06 |
| WAS | 11/07/2018 01:18:42 PM | UIPP1018 | | | Payroll - IPP | $7.80 | | $56.86 |
| WAS | 11/12/2018 04:03:51 PM | 33318316 | | | Pre-Release Transaction | | ($0.78) | $56.86 |
| WAS | 11/12/2018 04:03:51 PM | 33318316 | | | Western Union | $75.00 | | $131.86 |
| WAS | 11/14/2018 11:59:01 AM | 78 | | | Sales | ($58.75) | ($7.50) | $73.11 |
| WAS | 11/14/2018 11:55:30 AM | 96 | | | Sales | ($10.00) | | $63.11 |
| WAS | 11/20/2018 11:13:04 AM | TL112018 | | | Pre-Release Transaction | | $22.24 | $63.11 |
| WAS | 11/20/2018 11:58:46 AM | 65 | | | Sales | ($36.80) | | $26.31 |
| WAS | 11/27/2018 10:52:34 AM | TFN1127 | | | Phone Withdrawal | ($6.00) | | $20.31 |
| WAS | 12/04/2018 10:03:55 AM | 33318338 | | | Western Union | $130.00 | | $150.31 |
| WAS | 12/04/2018 10:03:55 AM | 33318338 | | | Pre-Release Transaction | | ($13.00) | $150.31 |

Page 2

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

## General Information

| Inmate Reg #: | 12775049 | Living Quarter: | D01-013L |
|---|---|---|---|
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-D-A | Account Creation Date: | 5/30/2013 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|
| WAS | 12/04/2018 12:16:41 PM | 78 | | Sales | ($75.75) | | $74.56 |
| WAS | 12/07/2018 07:56:41 AM | UIPP1118 | | Payroll - IPP | $12.00 | | $86.56 |
| WAS | 12/07/2018 07:56:41 AM | UIPP1118 | | Pre-Release Transaction | | ($1.20) | |
| WAS | 12/07/2018 07:56:45 AM | UIPP1118 | | Payroll - IPP | $3.36 | | $89.92 |
| WAS | 12/07/2018 07:56:45 AM | UIPP1118 | | Pre-Release Transaction | | ($0.33) | |
| WAS | 12/07/2018 07:56:46 AM | UIPP1118 | | Payroll - IPP | $2.04 | | $91.96 |
| WAS | 12/07/2018 07:56:46 AM | UIPP1118 | | Pre-Release Transaction | | ($0.20) | |
| WAS | 12/07/2018 08:02:10 PM | TFN1207 | | Phone Withdrawal | ($10.00) | | |
| WAS | 12/11/2018 07:07:16 AM | 26 | | Sales | $2.20 | | $84.16 |
| WAS | 12/11/2018 11:59:56 AM | 100 | | Sales | ($46.15) | | $38.01 |
| WAS | 12/16/2018 08:20:11 PM | TL122018 | | Pre-Release Transaction | | $14.73 | |
| WAS | 12/17/2018 11:03:54 AM | 33318351 | | Western Union | $50.00 | | $88.01 |
| WAS | 12/17/2018 11:03:54 AM | 33318351 | | Pre-Release Transaction | | ($5.00) | |
| WAS | 12/17/2018 01:04:15 PM | 33318351 | | Western Union | $150.00 | | $238.01 |
| WAS | 12/17/2018 01:04:15 PM | 33318351 | | Pre-Release Transaction | | ($15.00) | |
| WAS | 12/18/2018 11:50:38 AM | 59 | | Sales | ($93.80) | | $144.21 |
| WAS | 12/18/2018 11:58:32 AM | 61 | | Sales | $10.00 | | $154.21 |
| WAS | 12/18/2018 11:58:51 AM | 62 | | Sales | ($10.00) | | $144.21 |
| WAS | 12/24/2018 11:12:35 AM | TFN1224 | | Phone Withdrawal | ($20.00) | | $124.21 |
| WAS | 12/27/2018 11:56:20 AM | 95 | | Sales | ($92.00) | | $32.21 |

Page 3

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 12775049 | Living Quarter: | D01-013L |
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-D-A | Account Creation Date: | 5/30/2013 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 12/31/2018 04:04:15 PM | 33318365 | | | Western Union | $130.00 | | $162.21 |
| WAS | 12/31/2018 04:04:15 PM | 33318365 | | | Pre-Release Transaction | | ($13.00) | |
| WAS | 01/02/2019 02:49:43 PM | TL0102 | | | TRUL Withdrawal | ($5.00) | | $157.21 |
| WAS | 01/07/2019 11:41:36 AM | | 50 | | Sales | ($2.45) | | $154.76 |
| WAS | 01/08/2019 01:01:28 PM | UIPP1218 | | | Payroll - IPP | $12.00 | | $166.76 |
| WAS | 01/08/2019 01:01:28 PM | UIPP1218 | | | Pre-Release Transaction | | ($1.20) | |
| WAS | 01/09/2019 09:03:38 AM | 33319009 | | | Western Union | $75.00 | | $241.76 |
| WAS | 01/09/2019 09:03:38 AM | 33319009 | | | Pre-Release Transaction | | ($7.50) | |
| WAS | 01/09/2019 11:44:50 AM | | 60 | | Sales | ($78.25) | | $163.51 |
| WAS | 01/10/2019 11:55:10 AM | | 76 | | Sales | ($8.85) | | $154.66 |
| WAS | 01/16/2019 11:48:21 AM | | 52 | | Sales | ($60.90) | | $93.76 |
| WAS | 01/17/2019 08:44:45 AM | TFN0117 | | | Phone Withdrawal | ($10.00) | | $83.76 |
| WAS | 01/24/2019 07:30:37 AM | TL012019 | | | Pre-Release Transaction | | $41.70 | |
| WAS | 01/24/2019 11:53:09 AM | | 76 | | Sales | ($53.20) | | $30.56 |
| WAS | 01/31/2019 11:50:41 AM | | 50 | | Sales | ($20.45) | | $10.11 |
| WAS | 02/04/2019 11:04:04 AM | 33319035 | | | Western Union | $175.00 | | $185.11 |
| WAS | 02/04/2019 11:04:04 AM | 33319035 | | | Pre-Release Transaction | | | |
| WAS | 02/05/2019 07:59:37 PM | TFN0205 | | | Phone Withdrawal | ($10.00) | ($17.50) | $175.11 |
| WAS | 02/06/2019 11:49:25 AM | | 49 | | Sales | ($63.60) | | $111.51 |
| WAS | 02/07/2019 08:46:40 AM | UIPP0119 | | | Payroll - IPP | $15.12 | | $126.63 |

Page 4

Date: 08/05/2019  
Time: 12:14:36 PM  

Federal Bureau of Prisons  
TRUFACS  
**Inmate Statement**  
Sensitive But Unclassified  

Facility: WAS

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12775049 | Living Quarter: | D01-013L |
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-D-A | Account Creation Date: | 5/30/2013 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 02/07/2019 08:46:40 AM | UIPP0119 | | | Pre-Release Transaction | | ($1.51) | |
| WAS | 02/13/2019 11:50:02 AM | 62 | | | Sales | ($57.35) | | $69.28 |
| WAS | 02/19/2019 11:09:39 AM | 47 | | | Sales | ($32.15) | | $37.13 |
| WAS | 02/22/2019 08:06:26 PM | TFN0222 | | | Phone Withdrawal | ($8.00) | | $29.13 |
| WAS | 02/24/2019 07:23:03 PM | TL022019 | | | Pre-Release Transaction | | $19.01 | |
| WAS | 02/27/2019 06:42:59 AM | 43 | | | Sales | ($11.00) | | $18.13 |
| WAS | 03/04/2019 10:23:29 AM | 1531 | | | SPO | | ($11.65) | |
| WAS | 03/04/2019 03:04:31 PM | 33319063 | | | Western Union | $150.00 | | $168.13 |
| WAS | 03/04/2019 03:04:31 PM | 33319063 | | | Pre-Release Transaction | | ($15.00) | |
| WAS | 03/06/2019 11:52:36 AM | 86 | | | Sales | ($59.65) | | $108.48 |
| WAS | 03/08/2019 09:07:17 AM | UIPP0219 | | | Payroll - IPP | $15.12 | | $123.60 |
| WAS | 03/08/2019 09:07:17 AM | UIPP0219 | | | Pre-Release Transaction | | ($1.51) | |
| WAS | 03/12/2019 08:10:21 PM | TFN0312 | | | Phone Withdrawal | ($10.00) | | $113.60 |
| WAS | 03/20/2019 07:13:57 AM | TL032019 | | | Pre-Release Transaction | | $16.51 | |
| WAS | 03/20/2019 11:16:06 AM | 1531 | | | SPO - Released | | $11.65 | |
| WAS | 03/27/2019 11:49:40 AM | 47 | | | Sales | ($88.00) | | $25.60 |
| WAS | 03/29/2019 08:59:11 AM | 59 | | | Sales | ($16.85) | | $8.75 |
| WAS | 04/01/2019 09:04:30 PM | TFN0329 | | | Phone Withdrawal | ($8.00) | | $0.75 |
| WAS | 04/01/2019 09:04:30 PM | 33319091 | | | Western Union | $150.00 | | $150.75 |
| WAS | 04/01/2019 09:04:30 PM | 33319091 | | | Pre-Release Transaction | | ($15.00) | |

# Federal Bureau of Prisons
# TRUFACS
# Inmate Statement
Sensitive But Unclassified

## General Information

Inmate Reg#: 12775049
Inmate Name: BIRON, LISA
Current Site Name: Waseca FCI
Housing Unit: WAS-D-A

Living Quarter: D01-013L
Arrived From: OKL
Transferred To:
Account Creation Date: 5/30/2013

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 04/02/2019 08:45:17 AM | 34 | | | Sales | ($60.20) | | $90.55 |
| WAS | 04/04/2019 05:21:53 PM | | TL0404 | | TRUL Withdrawal | ($5.00) | | $85.55 |
| WAS | 04/08/2019 12:38:36 PM | | UIPP0319 | | Payroll - IPP | $15.12 | | $100.67 |
| WAS | 04/08/2019 12:38:36 PM | | | UIPP0319 | Pre-Release Transaction | | ($1.51) | |
| WAS | 04/09/2019 11:52:43 AM | 95 | | | Sales | ($50.25) | | $50.42 |
| WAS | 04/12/2019 08:21:24 PM | | TFN0412 | | Phone Withdrawal | ($10.00) | | $40.42 |
| WAS | 04/18/2019 11:50:42 AM | 55 | | | Sales | ($22.95) | | $17.47 |
| WAS | 04/19/2019 09:03:56 PM | | 33319109 | | Western Union | $50.00 | | $67.47 |
| WAS | 04/19/2019 09:03:56 PM | | | 33319109 | Pre-Release Transaction | | ($5.00) | |
| WAS | 04/23/2019 05:37:22 PM | | TFN0423 | | Phone Withdrawal | ($10.00) | | $57.47 |
| WAS | 04/25/2019 07:01:15 AM | | TL042019 | | Pre-Release Transaction | | $21.51 | |
| WAS | 04/25/2019 11:46:42 AM | 54 | | | Sales | ($34.75) | | $22.72 |
| WAS | 04/30/2019 09:04:08 AM | | 33319119 | | Western Union | $150.00 | | $172.72 |
| WAS | 04/30/2019 09:04:08 AM | | | 33319119 | Pre-Release Transaction | | ($15.00) | |
| WAS | 04/30/2019 10:04:02 AM | | 33319120 | | Western Union | $50.00 | | $222.72 |
| WAS | 04/30/2019 10:04:02 AM | | | 33319120 | Pre-Release Transaction | | ($5.00) | |
| WAS | 05/09/2019 08:39:13 AM | 29 | | | Sales | ($137.70) | | $85.02 |
| WAS | 05/09/2019 12:33:45 PM | | UIPP0419 | | Payroll - IPP | $15.12 | | $100.14 |
| WAS | 05/09/2019 12:33:45 PM | | | UIPP0419 | Pre-Release Transaction | | ($1.51) | |
| WAS | 05/10/2019 02:55:30 PM | | TL0510 | | TRUL Withdrawal | ($10.00) | | $90.14 |

Date: 08/05/2019  
Time: 12:14:36 PM

Facility: WAS

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg #: | 12775049 | Living Quarter: | D01-013L |
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-D-A | Account Creation Date: | 5/30/2013 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 05/12/2019 12:24:56 PM | TFN0512 | | | Phone Withdrawal | ($8.00) | | $82.14 |
| WAS | 05/16/2019 07:23:34 AM | 41 | | | Sales | ($52.75) | | $29.39 |
| WAS | 05/21/2019 09:27:57 AM | TL052019 | | | Pre-Release Transaction | | $21.51 | |
| WAS | 05/23/2019 11:43:19 AM | 51 | | | Sales | ($10.65) | | $18.74 |
| WAS | 05/23/2019 12:58:53 PM | TFN0523 | | | Phone Withdrawal | ($3.00) | | $15.74 |
| WAS | 05/30/2019 12:19:14 PM | TFN0530 | | | Phone Withdrawal | ($15.00) | | $0.74 |
| WAS | 06/03/2019 08:03:33 AM | 33319154 | | | Western Union | $150.00 | | $150.74 |
| WAS | 06/03/2019 08:03:33 AM | 33319154 | | | Pre-Release Transaction | | ($15.00) | |
| WAS | 06/06/2019 08:58:18 AM | 38 | | | Sales | ($124.55) | | $26.19 |
| WAS | 06/06/2019 12:07:27 PM | UIPP0519 | | | Payroll - IPP | $14.40 | | $40.59 |
| WAS | 06/06/2019 12:07:27 PM | UIPP0519 | | | Pre-Release Transaction | | ($1.44) | |
| WAS | 06/06/2019 05:12:58 PM | TL0606 | | | TRUL Withdrawal | ($5.00) | | $35.59 |
| WAS | 06/10/2019 05:27:42 PM | TL062019 | | | Pre-Release Transaction | | $16.44 | |
| WAS | 06/13/2019 08:36:56 AM | 23 | | | Sales | ($23.40) | | $12.19 |
| WAS | 06/13/2019 08:38:05 AM | 24 | | | Sales | $0.40 | | $12.59 |
| WAS | 06/13/2019 05:19:23 PM | TL0613 | | | TRUL Withdrawal | ($5.00) | | $7.59 |
| WAS | 06/16/2019 09:04:10 PM | 33319167 | | | Western Union | $50.00 | | $57.59 |
| WAS | 06/16/2019 09:04:10 PM | 33319167 | | | Pre-Release Transaction | | ($5.00) | |
| WAS | 06/18/2019 11:54:34 AM | 28 | | | Sales | ($4.35) | | $53.24 |
| WAS | 06/20/2019 11:58:12 AM | 50 | | | Sales | ($45.70) | | $7.54 |

Page 7

Date: 08/05/2019
Time: 12:14:36 PM

# Federal Bureau of Prisons
## TRUFACS
## Inmate Statement
Sensitive But Unclassified

Facility: WAS

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12775049 | Living Quarter: | D01-013L |
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-D-A | Account Creation Date: | 5/30/2013 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 06/26/2019 11:43:41 AM | TFN0626 | 46 | | Sales | ($1.90) | | $5.64 |
| WAS | 06/26/2019 03:34:12 PM | TL062019 | | | Pre-Release Transaction | | $5.00 | $5.64 |
| WAS | 06/26/2019 08:03:46 PM | TFN0626 | | | Phone Withdrawal | ($5.00) | | $0.64 |
| WAS | 06/29/2019 06:12:19 AM | 33319180 | | | Western Union | $33.05 | | $33.69 |
| WAS | 06/29/2019 06:12:19 AM | 33319180 | | | Pre-Release Transaction | | ($3.30) | $33.69 |
| WAS | 07/01/2019 06:06:07 AM | 33319182 | | | Western Union | $150.00 | | $183.69 |
| WAS | 07/01/2019 06:06:07 AM | 33319182 | | | Pre-Release Transaction | | ($15.00) | $183.69 |
| WAS | 07/02/2019 08:50:19 AM | | 102 | | Sales | ($78.50) | | $105.19 |
| WAS | 07/02/2019 12:30:29 PM | TL0702 | | | TRUL Withdrawal | ($2.00) | | $103.19 |
| WAS | 07/03/2019 01:22:11 PM | UIPP0619 | | | Payroll - IPP | $13.44 | | $116.63 |
| WAS | 07/03/2019 01:22:11 PM | UIPP0619 | | | Pre-Release Transaction | | ($1.34) | $116.63 |
| WAS | 07/05/2019 03:43:14 PM | TFN0705 | | | Phone Withdrawal | ($6.00) | | $110.63 |
| WAS | 07/08/2019 08:47:04 AM | | 42 | | Sales | ($37.85) | | $72.78 |
| WAS | 07/08/2019 08:48:33 AM | | 43 | | Sales | ($11.00) | | $61.78 |
| WAS | 07/15/2019 12:52:30 PM | TL0715 | | | TRUL Withdrawal | ($5.00) | | $56.78 |
| WAS | 07/15/2019 08:04:29 PM | TFN0715 | | | Phone Withdrawal | ($6.00) | | $50.78 |
| WAS | 07/22/2019 10:20:24 AM | TL072019 | | | Pre-Release Transaction | | $19.64 | $50.78 |
| WAS | 07/22/2019 11:38:46 AM | | 19 | | Sales | ($29.10) | | $21.68 |
| WAS | 07/23/2019 05:18:41 PM | TFN0723 | | | Phone Withdrawal | ($5.00) | | $16.68 |
| WAS | 07/25/2019 11:48:49 AM | | 51 | | Sales | ($4.35) | | $12.33 |

Page 8

Date: 08/05/2019
Time: 12:14:36 PM

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: WAS

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 12775049 | Living Quarter: | D01-013L |
| Inmate Name: | BIRON, LISA | Arrived From: | OKL |
| Current Site Name: | Waseca FCI | Transferred To: | |
| Housing Unit: | WAS-D-A | Account Creation Date: | 5/30/2013 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | 07/29/2019 06:05:06 AM | 33319210 | | | Western Union | $40.05 | | $52.38 |
| WAS | 07/29/2019 06:05:06 AM | 33319210 | | | Pre-Release Transaction | | ($4.00) | |
| WAS | 07/29/2019 11:35:59 AM | 48 | | | Sales | ($24.05) | | $28.33 |
| WAS | 07/29/2019 08:02:27 PM | TFN0729 | | | Phone Withdrawal | ($20.00) | | $8.33 |
| WAS | 08/02/2019 09:04:12 AM | 33319214 | | | Western Union | $150.00 | | $158.33 |
| WAS | 08/02/2019 09:04:12 AM | 33319214 | | | Pre-Release Transaction | | ($15.00) | |
| WAS | 08/05/2019 11:32:26 AM | 15 | | | Sales | ($76.20) | | $82.13 |
| | **Total Transactions:** | **162** | | | **Totals:** | **$13.06** | **($19.00)** | **$82.13** |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| WAS | $63.13 | $19.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $82.13 |
| **Totals:** | **$63.13** | **$19.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$82.13** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,211.42 | $1,314.40 | $65.72 | $158.33 | $52.11 | N/A | N/A |

