U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 13 2019
CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LISA A. BIRON, | § | |
| (BOP # 12775-049) | § | |
| V. | § | CIVIL ACTION No. 4:19-CV-322-A |
| | § | (Court of Appeals No. 19-10862) |
| FMC-CARSWELL | § | |
| WARDEN JODY UPTON, Et Al. | § | |

**ORDER REGARDING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Before the court is appellant Lisa A. Biron's August 12, 2019 motion for leave to proceed *in forma pauperis* on appeal. The court has considered the certified trust fund account statement, and all consents and other documents required by the agency having custody of the appellant to withdraw funds from the account.

(**X**) The motion for leave to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915 (doc. 28), is GRANTED. 28 U.S.C. § 1915.

(**X**) The appellant is assessed an initial partial appellate filing fee of **$40.38**. The agency having custody of Appellant shall collect this amount from the trust fund account or institutional equivalent, when funds are available, and forward it to the clerk of the district court. *See* 28 U.S.C. § 1915(b)(1).

(**X**) Thereafter, the appellant shall pay **$464.62**, the balance of the appellate filing fees, in periodic installments as provided in 28 U.S.C. § 1915(b)(2). The appellant is required to make payments of 20% of the preceding month's income credited to the appellant's prison account until Appellant has paid the total appellate filing fees of $505.00. The agency having custody of the appellant shall collect this amount from the trust fund account or institutional equivalent, when funds are available and when permitted by 28 U.S.C. § 1915(b)(2), and forward it to the district court clerk.

The Clerk shall mail a copy of this Order to the inmate accounting office or other person(s) or entity with responsibility for assessing, collecting, and remitting to the district court filing fee payments on behalf of inmates, as designated by the facility in which Appellant is currently or subsequently confined.

SO ORDERED.

SIGNED August 13, 2019.

/s/ John McBryde
JOHN H. McBRYDE
United States District Judge