FILED
February 22, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

No. 19-10862

United States Court of Appeals
Fifth Circuit
**FILED**
December 14, 2022
Lyle W. Cayce
Clerk

Lisa A. Biron,

*Plaintiff—Appellant,*

versus

Jody Upton, *Warden*; Leticia A. Armstrong; Emily Dixon,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:19-CV-322

_____

Before Stewart, Elrod, and Graves, *Circuit Judges.*

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

Certified as a true copy and issued
as the mandate on Feb 22, 2023

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit