# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 22, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 19-10862   Biron v. Upton
                          USDC No. 4:19-CV-322

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Roeshawn Johnson, Deputy Clerk
                                  504-310-7998

cc:  Ms. Lisa A. Biron
     Mr. Brian Walters Stoltz