DEAR CLERK

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 17 2023

CLERK, U.S. DISTRICT COURT
By_____ MW _____
Deputy

PLEASE ALLOW ME A COPY

OF CASE NO 4: 19-CV-322-A

LISA BIRON V WARDEN JUDY UPTON

THANK YOU

~~scribble~~

K. P. Bl___

03-11-23

② of ②

TO: CLERK OF DISTRICT COURT

FROM: K. D. BLACK

1500 E LANGDON RD

DALLAS TEXAS 75241

RE: BIRON

(1) OF (2)

NORTH TEXAS TX P&DC
DALLAS TX 750
14 MAR 2023 PM 2   L

Kim Black-2360780
Hutchins-1500 E LANGDON RD
DALLAS, TX 73241

TO: OFFICE OF THE
X-RAY
U.S. FEDERAL COURT CLERK
501 W 10TH ST Ste 310
FT WORTH, TX 76102

RECEIVED
MAR 17 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

76102-375999

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - INSTITUTIONAL
DIVISION