# United States District Court
## Northern District of Texas

*Fort Worth Division*

March 17, 2023

K.D. Black
1500 E. Langdon Road
Dallas, Texas 75241


Re: Your correspondence received in the U.S. District Clerk's Office on  March 17, 2023
Case No./Style:  4:19-cv-00322-P

Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page.  Below is a cost estimate of the documents you have requested.

Docket sheet: 5 pages

Total: $2.50

Please forward a money order in the amount of $2.50. Once payment is received, our office will forward the requested documents to you.




Sincerely,

Deputy Clerk -  MW