RECEIVED
By Tamara Ellis at 9:57 am, Jan 09, 2024

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 08, 2024

Ms. Karen S. Mitchell  
Northern District of Texas, Fort Worth  
United States District Court  
501 W. 10th Street  
Room 310  
Fort Worth, TX 76102

    No. 19-10862   Biron v. Upton  
                          USDC No. 4:19-CV-322

Dear Ms. Mitchell,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Jasmine J. Forman, Deputy Clerk